# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



Form VA
*For a Work of the Visual Arts*

VA 1-432-324

EFFECTIVE DATE OF REGISTRATION

12 / 28 / 2010

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **Title of This Work ▼**
Wave-s Photographs 2001

**NATURE OF THIS WORK ▼** See Instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 67 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2** **NAME OF AUTHOR ▼**
a   Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous? ☐ Yes   ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous? ☐ Yes   ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** **a** **Year in Which Creation of This Work Was Completed**
2001 ◀ Year

**b** **Date and Nation of First Publication of This Particular Work**
Month Mar. 26 — Sep. 17  Year 2001
Nation Singapore

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages



# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-324

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) 12  (Day) 28  (Year) 2010

CONTINUATION SHEET RECEIVED

Page 3 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE-S**

Name of Copyright Claimant: **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: **phuket001**
Date of First Publication: 26 March 2001  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: **phuket002**
Date of First Publication: 26 March 2001  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: **phuket003**
Date of First Publication: 26 March 2001  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: **phuket004**
Date of First Publication: 26 March 2001  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: **phuket005**
Date of First Publication: 26 March 2001  Nation of First Publication: Singapore
Description of Photograph:

**B** — Registration for Group of Published Photographs (continued)

- **Title of Photograph:** phuket006
  **Date of First Publication:** 26 March 2001 (Month / Day / Year)
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket007
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket008
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket009
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket010
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket011
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket012
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket013
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket014
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

- **Title of Photograph:** phuket015
  **Date of First Publication:** 26 March 2001
  **Nation of First Publication:** Singapore
  **Description of Photograph:** (Optional)

**C** — Certificate will be mailed in window envelope to this address:

**Name:** Jennison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | phuket016 |
| | Date of First Publication 26 March 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | phuket017 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket018 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket019 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket020 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket021 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket022 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket023 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket024 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | phuket025 |
|---|---|---|
| | Date of First Publication 26 March 2001 | Nation of First Publication Singapore |
| | Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: phuket026
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket027
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket028
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket029
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket030
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket031
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket032
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket033
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket034
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket035
Date of First Publication: 26 March 2001
Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: phuket036
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: phuket037
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: phuket038
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: phuket039
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: phuket040
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: phuket041
Date of First Publication: 26 March 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: lalu001
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: lalu002
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: lalu003
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Number
Title of Photograph: lalu004
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph (Optional):

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu005 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu006 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu007 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu008 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu009 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu010 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu011 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu012 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu013 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu014 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu015 |
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu016 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu017 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu018 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu019 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu020 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu021 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu022 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu023 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu024 |
|---|---|---|
| | Date of First Publication: 17 September 2001 | Nation of First Publication: Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: lalu025
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu026
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000