# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

EFFECTIVE DATE OF REGISTRATION

12 / 28 / 2010
Month / Day / Year

---

**1**

**Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2002
Year    In all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information
ONLY if this work
has been published.
Month July 20    Day Dec. 2    Year 2002
Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED 12-26-2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 21 pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

CORRESPONDENCE
☒ Yes (In Sale / SR# 1-540400134)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____    **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

Jennison & Shultz, P.C.    080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640    Fax number ( 703 ) 415-0788

Email John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/ZIP** ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–325



EFFECTIVE DATE OF REGISTRATION

(Month) *12*  (Day) *28*  (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *21* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S

Name of Copyright Claimant ___ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number [ ]
Title of Photograph ___ lalu027
Date of First Publication ___ 20 (Day) July (Month) 2002 (Year) Nation of First Publication ___ Singapore
Description of Photograph (*optional*) ___

Number [ ]
Title of Photograph ___ lalu028
Date of First Publication ___ 20 (Day) July (Month) 2002 (Year) Nation of First Publication ___ Singapore
Description of Photograph (*optional*) ___

Number [ ]
Title of Photograph ___ lalu029
Date of First Publication ___ 20 (Day) July (Month) 2002 (Year) Nation of First Publication ___ Singapore
Description of Photograph (*optional*) ___

Number [ ]
Title of Photograph ___ lalu030
Date of First Publication ___ 20 (Day) July (Month) 2002 (Year) Nation of First Publication ___ Singapore
Description of Photograph (*optional*) ___

Number [ ]
Title of Photograph ___ lalu031
Date of First Publication ___ 20 (Day) July (Month) 2002 (Year) Nation of First Publication ___ Singapore
Description of Photograph (*optional*) ___

**B**

Registration for Group of Related Photographs (continued)

Title of Photograph  lalu032
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu033
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu034
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu035
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu036
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu037
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu038
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu039
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu040
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  lalu041
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph   lalu042
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu043
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu044
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu045
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu046
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu047
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu048
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu049
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu050
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu051
Date of First Publication   20   July   2002   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B** Registration of Published (continued)

| | |
|---|---|
| Title of Photograph | Ialu052 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | Ialu053 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu054 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu055 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu056 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu057 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu058 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu059 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu060 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | Ialu061 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼ Jennison & Shultz, PC

Number / Street / Apt ▼ 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼ Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|---|---|
| | Ialu062 | 20 | July | 2002 | Singapore | |
| | Ialu063 | 20 | July | 2002 | Singapore | |
| | Ialu064 | 20 | July | 2002 | Singapore | |
| | Ialu065 | 20 | July | 2002 | Singapore | |
| | Ialu066 | 20 | July | 2002 | Singapore | |
| | Ialu067 | 20 | July | 2002 | Singapore | |
| | Ialu068 | 20 | July | 2002 | Singapore | |
| | Ialu069 | 20 | July | 2002 | Singapore | |
| | Ialu070 | 20 | July | 2002 | Singapore | |
| | Ialu071 | 20 | July | 2002 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | lalu072 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu073 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu074 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu075 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu076 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu077 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu078 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu079 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu080 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu081 |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | lalu082 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu083 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu084 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu085 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu086 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu087 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu088 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu089 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu090 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

| | |
|---|---|
| Title of Photograph | lalu091 |
| Date of First Publication | 20 [Month]    July [Day]    2002 [Year]    Nation of First Publication    Singapore |
| Description of Photograph | [Optional] |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

Title of Photograph    lalu092

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu093

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu094

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu095

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu096

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu097

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu098

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu099

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu100

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    lalu101

Date of First Publication    20    July    2002    Nation of First Publication    Singapore

Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ lalu102

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu103

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu104

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu105

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu106

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu107

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu108

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu109

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu110

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ lalu111

Date of First Publication ___ 20 _____ July _____ 2002 ___ Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Jeanison & Shurtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    lalu112
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu113
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu114
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu115
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu116
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu117
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu118
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu119
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu120
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu121
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | Title of Photograph | lalu122 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | |

Registration for Group of Published Photographs (continued)

| | Title of Photograph | lalu123 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu124 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu125 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu126 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu127 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu128 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu129 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu130 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| | Title of Photograph | lalu131 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu132 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu133 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu134 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu135 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu136 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu137 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu138 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu139 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu140 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu141 | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication — Singapore |
| Description of Photograph | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    lalu142
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu143
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu144
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu145
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu146
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu147
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu148
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu149
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu150
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu151
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu152 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

Registration For Group of Published Photographs (Continued)

| | |
|---|---|
| Title of Photograph | lalu153 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu154 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu155 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu156 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu157 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu158 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat001 |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat002 |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat003 |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year)    Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave, SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph  muscat004

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  muscat005

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat006

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat007

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat008

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat009

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat010

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat011

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat012

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  muscat013

Date of First Publication  16        July        2002      Nation of First Publication      Singapore
                                   (Month)     (Day)     (Year)

Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼  Jennison & Shultz, PC

Number / Street / Apt ▼  2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼  Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ▸ muscat014
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat015
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat016
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat017
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat018
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat019
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat020
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat021
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat022
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

Title of Photograph ▸ muscat023
Date of First Publication ▸ 16   July   2002   Nation of First Publication ▸ Singapore
Description of Photograph ▸ (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▾
Jennison & Shultz, PC

Number / Street / Apt ▾
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▾
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph muscat024 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph muscat025 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph muscat026 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph muscat027 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph muscat028 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph muscat029 | |
| | Date of First Publication 16 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph legianclub001 | |
| | Date of First Publication 12 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph legianclub002 | |
| | Date of First Publication 12 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph legianclub003 | |
| | Date of First Publication 12 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

| Number | | |
|---|---|---|
| | Title of Photograph legianclub004 | |
| | Date of First Publication 12 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Option) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for One or
Group of
Published
Photographs
(continued)

Number

Title of Photograph    legianclub005
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub006
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub007
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub008
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub009
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub010
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub011
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub012
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub013
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

Number

Title of Photograph    legianclub014
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Option)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shute, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(Continued)

Title of Photograph  legianclub015
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian001
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian002
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian003
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian004
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian005
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian006
Date of First Publication  12  July  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  phuket042
Date of First Publication  2  December  2002  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604