**B**

Title of Photograph: chiangmai151
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai152
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai153
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai154
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai155
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai156
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai157
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai158
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai159
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai160
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph: _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai161
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai162
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai163
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai164
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai165
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai166
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai167
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai168
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai169
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai170
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Tennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai171__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai172__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai173__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai174__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai175__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai176__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai177__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai178__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai179__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai180__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name: Jenkison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai181
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai182
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai183
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai184
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai185
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai186
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai187
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai188
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai189
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai190
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai191
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai192
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai193
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai194
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai195
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai196
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai197
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai198
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai199
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai200
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai201__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai202__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai203__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai204__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai205__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai206__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai207__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai208__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai209__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai210__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___chiangmai211___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai212___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai213___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai214___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai215___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai216___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai217___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai218___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai219___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___chiangmai220___
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph ___

**C**

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai221
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai222
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai223
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai224
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai225
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai226
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai227
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai228
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai229
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai230
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai231 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai232 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai233 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai234 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai235 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai236 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai237 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai238 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | bkk001 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | bkk002 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Field | Value |
|---|---|
| Title of Photograph | bkk003 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk004 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk005 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk006 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk007 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk008 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk009 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk010 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk011 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | bkk012 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | bkk013 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk014 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk015 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk016 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk017 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai070 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai071 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai072 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai073 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai074 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604