**B**

Title of Photograph: namhai075
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai076
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai077
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai078
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai079
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai080
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai081
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai082
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai083
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai084
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai085__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai086__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai087__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai088__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai089__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai090__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai091__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai092__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai093__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai094__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai095
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai096
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai097
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai098
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai099
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai100
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai101
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai102
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai103
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai104
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai105 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai106 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai107 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai108 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai109 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai110 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai111 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai112 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai113 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai114 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Certificate

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B** — Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Title of Photograph | namhai115 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai116 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai117 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai118 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai119 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai120 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai121 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai122 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai123 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai124 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C** — Certificate will be mailed...

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai125
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai126
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai127
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai128
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai129
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai130
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai131
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai132
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai133
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai134
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai135
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai136
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai137
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai138
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai139
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai140
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai141
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai142
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai143
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai144
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai145 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai146 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai147 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai148 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai149 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai150 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai151 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai152 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai153 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | namhai154 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __namhai155__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai156__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai157__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai158__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai159__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai160__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai161__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai162__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai163__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai164__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Title of Photograph: namhai165
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai166
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai167
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai168
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai169
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai170
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai171
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai172
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai173
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai174
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai175
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai176
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai177
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai178
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai179
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai180
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai181
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai182
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai183
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai184
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | namhai185 | | | | | **B** |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai186 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai187 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai188 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai189 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai190 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai191 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai192 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai193 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai194 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: namhai195
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai196
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai197
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai198
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai199
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai200
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai201
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai202
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai203
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai204
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Harrison & Stoltz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai205
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai206
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai207
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai208
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai209
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai210
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai211
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai212
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai213
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai214
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai215
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai216
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai217
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai218
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai219
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai220
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai221
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai222
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai223
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai224
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __namhai225__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai226__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai227__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai228__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai229__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai230__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai231__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai232__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai233__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai234__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: namhai235
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai236
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai237
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai238
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai239
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai240
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai241
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai242
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai243
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai244
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai245 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai246 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai247 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai248 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai249 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai250 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai251 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai252 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai253 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | namhai254 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name ▼
Jenkison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai255 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai256 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai257 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai258 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai259 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai260 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai261 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai262 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai263 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai264 | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai265 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai266 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai267 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai268 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai269 |
| Date of First Publication | 6 July 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Title of Photograph
Date of First Publication
Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication
Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication
Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication
Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication
Nation of First Publication
Description of Photograph

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604