# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
VA 1-432-328

EFFECTIVE DATE OF REGISTRATION
12 / 29 / 2010

---

**1. Title of This Work:** Wave-s Photographs 2003
**Nature of This Work:** Photographs
**Previous or Alternative Titles:** Group Registration / Published Photos - 139 photographs

**2. Name of Author:** Wave-s (employer for hire of Masano Kawana)
Was this contribution to the work a "work made for hire"? Yes
Domiciled in Singapore
Nature of Authorship: Photograph

**3.** Year in Which Creation of This Work Was Completed: 2003
Date and Nation of First Publication of This Particular Work: March 18 – Nov. 4, 2003, Singapore

**4. Copyright Claimant(s):**
WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY _____    FORM VA

CHECKED BY _____

☒ CORRESPONDENCE Yes (Tu Siebel / SRu 1-543095055)

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Jennison & Shultz, P.C.    Account Number ▼  080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703) 415-1640    Fax number  (703) 415-0788
Email  John@JennisonLaw.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  WAVE-S
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼  Jennison & Shultz, PC
Number/Street/Apt ▼  2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP ▼  Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-328



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12   29   2010
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __17__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A** **IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE-S**

Name of Copyright Claimant: **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

**B** **COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: muscat030
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat031
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat032
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat033
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat034
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

**B** Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | muscat035 |
| Date of First Publication | 18 March 2003 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat036 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat037 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat038 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat039 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat040 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat041 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat042 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat043 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat044 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat045 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat046 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat047 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat048 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat049 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat050 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat051 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat052 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat053 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat054 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**  Registration for Group of Published Photographs (continued)

Title of Photograph: muscat055
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat056
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat057
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat058
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat059
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat060
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat061
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat062
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat063
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat064
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat065 | | | | | **B** |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat066 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat067 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat068 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat069 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat070 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat071 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat072 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat073 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | muscat074 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**C**

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat075 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat076 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat077 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat078 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat079 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat080 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat081 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat082 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat083 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | muscat084 |
|---|---|---|
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | muscat085 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat086 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat087 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat088 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat089 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat090 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat091 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat092 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat093 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat094 |
| | Date of First Publication | 18 March 2003 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph: muscat095
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat096
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat097
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat098
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat099
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat100
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat101
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat102
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat103
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat104
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: muscat105
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat106
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat107
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat108
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat109
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat110
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat111
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat112
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat113
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: muscat114
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: muscat115
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat116
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat117
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat118
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat119
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat120
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat121
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat122
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat123
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat124
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: muscat125
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat126
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat127
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat128
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat129
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat130
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat131
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat132
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat133
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat134
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Number

Title of Photograph: muscat135
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat136
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat137
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat138
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat139
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat140
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat141
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat142
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat143
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number

Title of Photograph: muscat144
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat145 | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat146 | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat147 | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat148 | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu159 | | | |
| Date of First Publication | 30 | October | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian007 | | | |
| Date of First Publication | 4 | November | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian008 | | | |
| Date of First Publication | 4 | November | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian009 | | | |
| Date of First Publication | 4 | November | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian010 | | | |
| Date of First Publication | 4 | November | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian011 | | | |
| Date of First Publication | 4 | November | 2003 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian012
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian013
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian014
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian015
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian016
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian017
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian018
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian019
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian020
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian021
Date of First Publication: 4 November 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | legian022 |
| | Date of First Publication: 4 November 2003 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian023 |
| | Date of First Publication: 4 November 2003 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian024 |
| | Date of First Publication: 4 November 2003 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian025 |
| | Date of First Publication: 4 November 2003 | Nation of First Publication: Singapore |
| | Description of Photograph | |

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000