## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-329**

EFFECTIVE DATE OF REGISTRATION

12    29    2010
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Wave-s Photographs 2004

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos – 462 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼
a    Wave-s

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in  Singapore }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed    This information must be given in all cases.
2004    Year

b Date and Nation of First Publication of This Particular Work
Month March 12 – Oct. 20    Day    Year 2004
Nation Singapore

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼
Jennison & Shultz, P.C.                                         080519

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   (703 )415-1640          Fax number   (703 )415-0788
Email ▶ John@JennisonLaw.com

b

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    WAVE-S
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                     Date   28 December 2010

Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-329

EFFECTIVE DATE OF REGISTRATION

12        29        2010
(Month)      (Day)     (Year)

CONTINUATION SHEET RECEIVED

3        49
(Page)            (Page)

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use the Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee, and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each title in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

**Name of Author** ▼    WAVE-S

**Name of Copyright Claimant** ▼    WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

*Registration for a Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph ▼ | leela001 | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph ▼ | leela002 | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph ▼ | leela003 | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph ▼ | leela004 | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph ▼ | leela005 | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

**B**

Title of Photograph    leela006
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela007
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela008
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela009
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela010
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela011
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela012
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela013
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela014
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela015
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela016
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela017
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela018
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela019
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela020
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela021
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela022
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela023
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela024
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela025
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela026
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela027
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela028
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela029
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela030
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela031
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela032
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela033
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela034
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela035
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington VA 22202-3604

**B**

| Title of Photograph | leela036 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela037 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela038 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela039 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela040 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela041 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela042 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela043 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela044 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | leela045 | | |
|---|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

| Name | |
|---|---|
| Jennison & Shultz, PC | |
| Number / Street / Apt | |
| 2001 Jefferson Davis Hwy, Suite 1102 | |
| City / State / Zip | |
| Arlington, VA 22202-3604 | |

**B**

Title of Photograph  leela046
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela047
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela048
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela049
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela050
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela051
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela052
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela053
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela054
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela055
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | leela056 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela057 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela058 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela059 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela060 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela061 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela062 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela063 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela064 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela065 |
| Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jamison & Shultz PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy , Suite 1102 |
| City / State / Zip | Arlington VA 22202-3604 |

**B**

Title of Photograph    leela066
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela067
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela068
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela069
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela070
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela071
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela072
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela073
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela074
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela075
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Jenkison & Shultz, PC

Number/Street/Apt
2001 Jefferson Davis Hwy, Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela076 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela077 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela078 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela079 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela080 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela081 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela082 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela083 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela084 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela085 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

| Name | Jernigan & Shahs, PC |
|---|---|
| Number / Street / Apt | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / ZIP | Arlington, VA 22202-3604 |

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela086 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela087 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela088 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela089 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela090 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela091 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela092 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela093 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela094 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela095 | | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela096
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela097
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela098
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela099
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela100
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela101
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela102
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela103
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela104
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela105
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Smith, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

—

**B**

| Title of Photograph | leela106 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela107 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela108 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela109 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela110 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela111 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela112 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela113 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela114 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela115 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Jemison & Shultz PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | leela116 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela117 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela118 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela119 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela120 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela121 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela122 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela123 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela124 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela125 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela126 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela127 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela128 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela129 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela130 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela131 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela132 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela133 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela134 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | Ieela136 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela137 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela138 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela139 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela140 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela141 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela142 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela143 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela144 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | Ieela145 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela146 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela147 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela148 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela149 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela150 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela151 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela152 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela153 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela154 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela155 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | leela156 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela157 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela158 | |
| Date of First Publication | 12 April 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela159 | |
| Date of First Publication | 12 April 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela160 | |
| Date of First Publication | 11 June 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai001 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai002 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai003 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai004 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai005 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name Jemison & Shultz, PC

Number / Street / Apt 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip Arlington, VA 22202-3604

**B**

| Title of Photograph | setai006 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai007 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai008 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai009 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai010 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai011 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai012 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai013 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai014 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

| Title of Photograph | setai015 | | | | |
| Date of First Publication | 30 (Month) | May (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (none) | | | | |

**C**

Name ▼
Jamison & Bhuka, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai016 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai017 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai018 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai019 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai020 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai021 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai022 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai023 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai024 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai025 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name
Jamison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai026 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| | Month | Day | Year | | | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai027 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai028 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai029 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai030 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai031 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai032 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai033 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai034 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai035 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604



**B**

| | Title of Photograph | setai036 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai037 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai038 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai039 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai040 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai041 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub001 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub002 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub003 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub004 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604