**B**

Title of Photograph: chediclub005
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub006
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub007
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub008
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub009
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub010
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub011
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub012
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub013
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub014
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Tennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

**Number:**
Title of Photograph: chediclub015
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub016
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub017
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub018
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub019
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub020
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub021
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub022
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub023
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: chediclub024
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub025
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub026
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub027
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub028
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub029
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub030
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub031
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub032
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub033
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub034
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Number
Title of Photograph: chediclub035
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub036
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub037
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub038
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub039
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub040
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub041
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub042
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub043
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chediclub044
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub045
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub046
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub047
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub048
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub049
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub050
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub051
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub052
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub053
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub054
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub055
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub056
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub057
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub058
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub059
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub060
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub061
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub062
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub063
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub064
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jendison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub065
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub066
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub067
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub068
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub069
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub070
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub071
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub072
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub073
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub074
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

**Title of Photograph** chediclub075
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub076
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub077
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub078
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub079
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub080
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub081
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub082
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub083
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub084
**Date of First Publication** 12 August 2004 **Nation of First Publication** Singapore
**Description of Photograph**

**Name:** Jennison & Shultz, PC
**Number/Street/Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City/State/Zip:** Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chediclub085
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub086
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub087
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub088
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub089
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub090
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub091
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub092
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub093
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub094
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

**Number**

Title of Photograph: chediclub095
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub096
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub097
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub098
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub099
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub100
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub101
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub102
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub103
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub104
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub105
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub106
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub107
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub108
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub109
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub110
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub111
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub112
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub113
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub114
Date of First Publication: 12 August 2004     Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub115 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub116 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub117 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub118 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub119 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub120 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub121 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub122 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub123 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub124 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub125
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub126
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub127
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub128
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub129
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub130
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub131
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub132
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub133
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub134
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604