**B**

Title of Photograph: chediclub135
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub136
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub137
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub138
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub139
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub017
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub018
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub019
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub020
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub021
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy - Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub022 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian026 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian027 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian028 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian029 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian030 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian031 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian032 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian033 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian034 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian035
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian036
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian037
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian038
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian039
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian040
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian041
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian042
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian043
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian044
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian045
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian046
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian047
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian048
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian049
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian050
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian051
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian052
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian053
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian054
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: legian055
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian056
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian057
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian058
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian059
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian060
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian061
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian062
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian063
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian064
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian065
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chediclub140
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai001
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai003
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai004
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai005
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai006
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai007
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

Title of Photograph: chiangmai008
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: Pictorial

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai009
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai010
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai011
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai013
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai014
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai015
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai016
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai017
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai018
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai019
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai020
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai021
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai022
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai023
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai024
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai025
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai026
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai027
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai028
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai029 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai030 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai031 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai032 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai033 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai034 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai035 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai036 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai037 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai038 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai039
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai040
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai041
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai042
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai043
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai044
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai045
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai046
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai047
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai048
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | | | **B** |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai049 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai050 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai051 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai052 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai053 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai054 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai055 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai056 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai057 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |
| | Title of Photograph | chiangmai058 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication: Singapore | |
| | Description of Photograph | | | | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai059 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai060 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai061 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai062 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai063 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai064 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai065 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai066 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai067 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai068 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai069 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai070 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai071 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai072 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai073 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai074 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai075 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604