# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**VA 1-432-330**

**EFFECTIVE DATE OF REGISTRATION**
12 / 29 / 2010

---

**1. Title of This Work ▼**
The Wave Design Pte. Ltd. Photographs 2006

**Nature of This Work ▼**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos – 362 photographs

---

**2. Name of Author ▼**
a. The Wave Design Pte. Ltd.

Was this contribution to the work a "work made for hire"? ☑ Yes

Author's Nationality or Domicile: Domiciled in Singapore

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

Nature of Authorship:
☑ Photograph

---

**3. a.** Year in Which Creation of This Work Was Completed: **2006**

**b.** Date and Nation of First Publication of This Particular Work: 8/23–12/12/2006, Singapore

---

**4. Copyright Claimant(s)**
THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

APPLICATION RECEIVED: 12-29-2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

Jennison & Shultz, P.C.                                        080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   ( 703 ) 415-1640                    Fax number  ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                                          ☐ other copyright claimant
check only one ▶                          ☐ owner of exclusive right(s)
                                          ☒ authorized agent of   THE WAVE DESIGN PTE LTD
                                                                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                                                   Date   28 December 2010

           Handwritten signature (X) ▼
           X _____

Certificate    Name ▼
will be        Jennison & Shultz, PC
mailed in
window         Number/Street/Apt ▼
envelope       2001 Jefferson Davis Hwy., Suite 1102
to this
address:       City/State/ZIP ▼
               Arlington, VA 22202-3604

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPH/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12   21   2010
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __39__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **THE WAVE DESIGN PTE. LTD**

Name of Copyright Claimant: **THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464**

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: milan001
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan002
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan003
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan004
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan005
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:



**B**

Title of Photograph ___milan006___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan007___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan008___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan009___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan010___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan011___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan012___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan013___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan014___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan015___
Date of First Publication __23__ __August__ __2006__   Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan016
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan017
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan018
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan019
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan020
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan021
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan022
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan023
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan024
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan025
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan026
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan027
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan028
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan029
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan030
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan031
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan032
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan033
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan034
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan035
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | milan036 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan037 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan038 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan039 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan040 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan041 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan042 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan043 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan044 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | milan045 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph  milan046
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan047
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan048
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan049
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan050
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan051
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan052
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan053
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan054
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  milan055
Date of First Publication  23  August  2006    Nation of First Publication  Singapore
Description of Photograph

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __milan056__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan057__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan058__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan059__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan060__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan061__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan062__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan063__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan064__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan065__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan066
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan067
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan068
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan069
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan070
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan071
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan072
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan073
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub001
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub002
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604


**B**

Title of Photograph: seraiclub003
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub004
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub005
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub006
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub007
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub008
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub009
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub010
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub011
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub012
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
Jennison & Shultz, PC

Number/Street/Apt:
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip:
Arlington, VA 22202-3604

B

| Title of Photograph | seraiclub013 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub014 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub015 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub016 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub017 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub018 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub019 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub020 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub021 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| Title of Photograph | seraiclub022 | | | |
|---|---|---|---|---|
| Date of First Publication | 4 | September | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

C

Name: Jenison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: seraiclub023
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub024
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub025
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub026
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub027
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub028
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub029
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub030
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub031
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub032
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | seraiclub033 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub034 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub035 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub036 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub037 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub038 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub039 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub040 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub041 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | seraiclub042 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | seraiclub043 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub044 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub045 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub046 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub047 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub048 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub049 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub050 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub051 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub052 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: legian066
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian067
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian068
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian069
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian070
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian071
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian072
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian073
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian074
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian075
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | legian076 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian077 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian078 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian079 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian080 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian081 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian082 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian083 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian084 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legian085 |
| | Date of First Publication 4 October 2006 | Nation of First Publication Singapore |
| | Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: legian086
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian087
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian088
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian089
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian090
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian091
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian092
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian093
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian094
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian095
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian096
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian097
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian098
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian099
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian100
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian101
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian102
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian103
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian104
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian105
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**C**

| | |
|---|---|
| Title of Photograph | legian106 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian107 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian108 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian109 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian110 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian111 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian112 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian113 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian114 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian115 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604