**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian116 | | | |
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | legian117 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | legian118 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | legian119 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | legian120 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | setai393 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | setai394 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | setai395 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | setai396 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | setai397 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration for Group of Published Photographs (Continued)

| Number | | |
|---|---|---|
| | Title of Photograph | setai398 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai399 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai400 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai401 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai402 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai403 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai404 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai405 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai406 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | setai407 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jenison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / ZIP: Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application
SEND ALL 3 ELEMENTS TO THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**B**

Title of Photograph: setai408
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai409
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai410
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai411
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai412
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai413
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai414
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai415
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai416
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai417
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Johnson & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __setai418__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai419__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai420__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai421__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai422__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai423__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai424__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai425__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai426__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __setai427__
Date of First Publication __12__ __December__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai428 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | (retail) |

| | |
|---|---|
| Title of Photograph | mendocino001 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino002 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino003 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino004 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino005 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino006 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino007 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino008 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino009 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | mendocino010 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino011 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino012 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino013 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino014 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino015 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino016 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino017 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino018 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino019 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: mendocino020
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino021
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino022
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino023
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino024
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino025
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino026
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino027
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino028
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino029
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino030
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino031
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino032
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino033
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino034
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino035
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino036
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino037
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino038
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino039
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | mendocino040 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino041 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino042 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino043 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino044 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino045 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino046 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino047 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino048 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | mendocino049 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name
Jennison & Shultz, PC

Number/Street/Apt
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | mendocino050 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino051 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino052 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino053 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino054 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino055 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino056 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino057 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino058 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino059 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | mendocino060 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino061 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino062 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino063 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino064 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino065 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino066 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino067 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino068 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino069 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Kennison & Shultz, PC

Number / Street / Apt:
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip:
Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino070
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino071
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino072
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino073
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino074
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino075
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino076
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino077
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino078
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino079
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | mendocino080 | 12 December 2006 | Singapore |
| | mendocino081 | 12 December 2006 | Singapore |
| | mendocino082 | 12 December 2006 | Singapore |
| | mendocino083 | 12 December 2006 | Singapore |
| | mendocino084 | 12 December 2006 | Singapore |
| | mendocino085 | 12 December 2006 | Singapore |
| | mendocino086 | 12 December 2006 | Singapore |
| | mendocino087 | 12 December 2006 | Singapore |
| | mendocino088 | 12 December 2006 | Singapore |
| | mendocino089 | 12 December 2006 | Singapore |

Description of Photograph (optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino090
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino091
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino092
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino093
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino094
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino095
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino096
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino097
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino098
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino099
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Number  
Title of Photograph: mendocino100  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino101  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino102  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino103  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino104  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino105  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino106  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino107  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino108  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

Number  
Title of Photograph: mendocino109  
Date of First Publication: 12 December 2006  
Nation of First Publication: Singapore  
Description of Photograph: (Optional)

**C**

Name: Jennison & Shultz, PC  
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102  
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino110
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino111
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino112
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino113
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino114
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino115
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino116
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino117
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino118
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino119
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino120
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino121
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino122
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino123
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino124
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino125
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino126
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino127
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino128
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino129
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | mendocino130 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino131 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino132 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino133 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino134 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino135 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino136 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino137 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino138 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino139 | |
| Date of First Publication 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino140
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino141
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino142
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino143
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino144
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino145
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino146
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604