# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

EFFECTIVE DATE OF REGISTRATION

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Pte. Ltd. Photographs 2005 (A)

**NATURE OF THIS WORK ▼ See instructions**

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**

2005
Year    in all cases.

This information must be given

**b** **Date and Nation of First Publication of This Particular Work**

Complete this information ONLY if this work has been published.

Month Jan. 18 – June 15    Day    Year 2005
Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
12 30 2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

**FORM VA**

CHECKED BY

☒ CORRESPONDENCE
Yes (Consider) SR# 1-5431731 81

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

Jemison & Shults, P.C.          080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jemison, Esq.
Jemison & Shults, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number    (703 ) 415-1640          Fax number    ( 703 ) 415-0788

Email   John@JemisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    THE WAVE PTE LTD

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jemison & Shults, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1−432−331



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12          30          2010
(Month)      (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __36__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __THE WAVE PTE. LTD.__

Name of Copyright Claimant __THE WAVE PTE. LTD.; 36 Sago Street, Singapore 059027__

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| **Number** | Title of Photograph | andaman001 |
| | Date of First Publication  15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |
| **Number** | Title of Photograph | andaman002 |
| | Date of First Publication  15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |
| **Number** | Title of Photograph | andaman003 |
| | Date of First Publication  15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |
| **Number** | Title of Photograph | andaman004 |
| | Date of First Publication  15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |
| **Number** | Title of Photograph | andaman005 |
| | Date of First Publication  15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**B**

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman006 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman007 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman008 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman009 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman010 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman011 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman012 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman013 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman014 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| **Number** | Title of Photograph | andaman015 | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | andaman016 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman017 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman018 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman019 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman020 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman021 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman022 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman023 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman024 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman025 |
| | Date of First Publication | 15 June 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | andaman026 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman027 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman028 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman029 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman030 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman031 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman032 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman033 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman034 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman035 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number
Title of Photograph **andaman036**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman037**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman038**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman039**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman040**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman041**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman042**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman043**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman044**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

Number
Title of Photograph **andaman045**
Date of First Publication **15** (Month)   **June** (Day)   **2005** (Year)   Nation of First Publication   **Singapore**
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jenkison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration
For these
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman046 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman047 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman048 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman049 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman050 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman051 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman052 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman053 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman054 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman055 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman056 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman057 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman058 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman059 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman060 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman061 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman062 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman063 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman064 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman065 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | andaman066 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai001 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai002 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai003 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai004 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai005 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai006 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai007 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai008 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | datai009 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai010 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai011 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai012 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai013 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai014 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai015 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai016 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai017 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai018 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai019 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | datai020 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai021 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai022 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai023 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai024 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai025 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai026 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai027 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai028 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai029 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | datai030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | datai031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai035 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai039 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai040 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai041 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai042 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai043 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai044 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai045 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai046 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai047 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai048 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai049 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼ Jennison & Shultz, PC

Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼ Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

**B**

Registration
For Group of
Published
Photographs
(continued)

Title of Photograph — datai050
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai051
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai052
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai053
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai054
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai055
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai056
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai057
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai058
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — datai059
Date of First Publication — 15   June   2005   Nation of First Publication — Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | datai060 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**B**
Registration
For Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | datai061 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai062 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai063 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai064 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai065 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai066 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai067 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai068 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | datai069 |

Date of First Publication **15**(Month) **June**(Day) **2005**(Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

Number [ ]
Title of Photograph  datai070
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai071
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai072
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai073
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai074
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai075
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai076
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai077
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai078
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number [ ]
Title of Photograph  datai079
Date of First Publication  15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registering Not Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph — datai080 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai081 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai082 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai083 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai084 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai085 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai086 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai087 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai088 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph — datai089 |
| | Date of First Publication — 15 (Month) — June (Day) — 2005 (Year) — Nation of First Publication — Singapore |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph ▼ datai090
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai091
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai092
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai093
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai094
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai095
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai096
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai097
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai098
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Number

Title of Photograph ▼ datai099
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph — datai100

Date of First Publication — 15 (Month) June (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai101

Date of First Publication — 15 (Month) June (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai102

Date of First Publication — 15 (Month) June (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai103

Date of First Publication — 15 (Month) June (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai042

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai043

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai044

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai045

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai046

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — setai047

Date of First Publication — 18 (Month) January (Day) 2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

**Registration for Group of Published Photographs (continued)**

---

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai048 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai049 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai050 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai051 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai052 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai053 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai054 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai055 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai056 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai057 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph   setai058
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai059
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai060
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai061
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai062
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai063
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai064
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai065
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai066
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai067
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼  Jennison & Shultz, PC
Number / Street / Apt ▼  2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼  Arlington, VA 22202-3604

**B**

Title of Photograph  setai068
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai069
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai070
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai071
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai072
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai073
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai074
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai075
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai076
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai077
Date of First Publication  18  January  2005     Nation of First Publication  Singapore
Description of Photograph

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE!
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | setai078 | | | | | | B |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore | | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | | | | | |

| Number | Title of Photograph | setai079 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai080 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai081 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai082 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai083 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai084 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai085 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai086 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | setai087 |
|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

C

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | |
|---|---|---|---|
| Title of Photograph | setai088 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai089 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai090 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai091 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai092 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai093 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai094 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai095 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai096 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai097 | | |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Related Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | setai098 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai099 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai100 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai101 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai102 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai103 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai104 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai105 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai106 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai107 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (Continued)

| Number | Title of Photograph | setai108 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai109 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai110 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai111 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai112 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai113 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai114 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai115 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai116 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai117 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

Number ☐

Title of Photograph __ setai118
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai119
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai120
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai121
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai122
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai123
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai124
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai125
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai126
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

Number ☐

Title of Photograph __ setai127
Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary space
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit Material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai128 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai129 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai130 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai131 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai132 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai133 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai134 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai135 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai136 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai137 | |
| Date of First Publication | 18 January 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai138 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai139 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai140 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai141 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai142 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai143 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai144 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai145 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai146 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | setai147 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai148 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai149 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai150 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai151 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai152 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai153 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai154 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai155 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai156 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | seahst001 | | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | seahst002 | | **B** |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst003 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst004 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst005 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst006 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst007 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst008 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst009 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst010 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | seahst011 | |
| | Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication     Singapore |
| | Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph — seahst012

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — seahst013

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — seahst014

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — seahst015

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — seahst016

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — seahst017

Date of First Publication — 24 (Month)  February (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — setai157

Date of First Publication — 26 (Month)  May (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — setai158

Date of First Publication — 26 (Month)  May (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — setai159

Date of First Publication — 26 (Month)  May (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — setai181

Date of First Publication — 26 (Month)  May (Day)  2005 (Year)     Nation of First Publication — Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | setai160 | | | | **B** |
|--------|---------------------|----------|--|--|--|----|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai161 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai162 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai163 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai164 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai165 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai166 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai167 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai168 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai169 | | | | |
|--------|---------------------|----------|--|--|--|--|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication    Singapore | |
| | Description of Photograph (Optional) | | | | | |

---

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph __ setai170

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

Number

Title of Photograph __ setai171

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai172

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai173

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai174

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai175

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai176

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai177

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai178

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph __ setai179

Date of First Publication __ 26 __ May __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | setai180 |

**B**

Date of First Publication — 26 (Month) May (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | datai104 |

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication — (Month) (Day) (Year) — Nation of First Publication —

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address.

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**