**B**

| Number | | |
|---|---|---|
| | Title of Photograph | setai194 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai195 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai196 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai197 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai198 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai199 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai200 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai201 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai202 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai203 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | setai204 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai205 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai206 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai207 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai208 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai209 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai210 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai211 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai212 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | setai213 | | |
| Date of First Publication | 8  October  2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Title of Photograph | setai214 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai215 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai216 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai217 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai218 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai219 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai220 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai221 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai222 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai223 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Smith, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | setai224 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai225 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai226 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai227 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai228 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai229 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai230 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai231 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai232 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai233 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| | (Month) (Day) (Year) |
| Description of Photograph | (Option) |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai234 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai235 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai236 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai237 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai238 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai239 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai240 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai241 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai242 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai243 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | setai244 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai245 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai246 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai247 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai248 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai249 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai250 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai251 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai252 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | setai253 |
| Date of First Publication | 8   October   2005 |
| | (Month)   (Day)   (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph     setai254

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Registration for Group of Photographs (continued)

Title of Photograph     setai255

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai256

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai257

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai258

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai259

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai260

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai261

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai262

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

Title of Photograph     setai263

Date of First Publication     8          October          2005          Nation of First Publication          Singapore

Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | setai264 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai265 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai266 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai267 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai268 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai269 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai270 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai271 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai272 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai273 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | setai274 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

Registration for Group of Published Photographs (continued)

| | Title of Photograph | setai275 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai276 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai277 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai278 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai279 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai280 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai281 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai282 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | setai283 | |
|---|---|---|---|
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai284 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai285 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai286 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai287 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai288 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai289 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai290 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa004 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa005 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa006 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | Title of Photograph   carcosa007 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

Registration for Group of Related Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph   carcosa008 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa009 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa010 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa011 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa012 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa013 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa014 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa015 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

| | |
|---|---|
| Number | Title of Photograph   carcosa016 |
| | Date of First Publication   16   September   2005   Nation of First Publication   Singapore |
| | Description of Photograph |

**C**

Name ▼
Jeunison & Fimitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa017 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa018 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa019 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa020 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa021 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa022 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | carcosa023 | | | |
| Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai291 | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai292 | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai293 | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai294 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai295 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai296 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai297 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai298 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai299 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai300 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai301 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai302 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai303 |
| Date of First Publication | 8 October 2005 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai304 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai305 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai306 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai307 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai308 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai309 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai310 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai311 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai312 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai313 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  setai314
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Registration for Group of Published Photographs (continued)

Title of Photograph  setai315
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai316
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai317
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai318
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai319
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai320
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai321
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai322
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai323
Date of First Publication  8  October  2005  Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai324 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai325 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai326 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai327 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai328 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai329 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai330 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai331 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai332 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai333 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | setai334 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

Registration for Group of Related Photographs (continued)

| | Title of Photograph | setai335 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai336 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai337 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai338 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai339 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai340 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai341 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai342 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai343 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

| Correspondence | Name ▼ | Jennison & Shultz, PC |
|---|---|---|
| | Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| | City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | setai344 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai345 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai346 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai347 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai348 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai349 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai350 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai351 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai352 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai353 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai354 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | setai355 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai356 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai357 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai358 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai359 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai360 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai361 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai362 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

| | |
|---|---|
| Title of Photograph | setai363 |
| Date of First Publication | 8 _[Month]_ October _[Day]_ 2005 _[Year]_  Nation of First Publication Singapore |
| Description of Photograph _[Option]_ | |

**C**

Name ▼
Jenkison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai364
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai365
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai366
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai367
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai368
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai369
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai370
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai371
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai372
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

Title of Photograph _____ setai373
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ......... setai374
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai375
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai376
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai377
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai378
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai379
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai380
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai381
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai382
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

Title of Photograph ......... setai383
Date of First Publication ......... 8 October 2005    Nation of First Publication ......... Singapore
Description of Photograph .........

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai384 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai385 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai386 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai387 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai388 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai389 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai390 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai391 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai392 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | | | | | | |
| Date of First Publication | (Month) | (Day) | (Year) | Nation of First Publication | | |
| Description of Photograph | (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604