# EXHIBIT 2

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

Volume _____     Document _____

Volume _____     Document _____

Date of recordation    M ____ D ____ Y ____
                                    [ASSIGNED BY THE COPYRIGHT OFFICE]

Funds received _____

Privacy Act Notice: Sections 205 and 705 of title 17 of the United States Code authorize the Copyright Office to collect the personally iden-tifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS

To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.

**1**  First party name given in the document          Lee Kar Yin

**2**  First title given in the document          VA 1-432-324 Wave-s Photographs 2001
       [IMPORTANT: Please read instruction for title and other spaces]

**3**  Total number of titles in the document     30

**4**  Return receipt requested          ☐ If checked, please enclose a self-addressed postage-paid envelope.

**5**  Electronic title list enclosed     ☐ If checked, please enclose an acceptable digital storage medium containing a properly
                                              formatted title list.

**6**  Amount of fee calculated          $210

**7**  Fee enclosed                      ☐ Check          ☐ Money order
                                         ✓ Fee authorized to be charged to Copyright Office deposit account

       Deposit account number  55387

       Deposit account name  Mitchell Silberberg + Knupp LLP

**8**  Completeness of document          ☑ All attachments referenced in this document are included.

                                         ☐ One or more attachments referenced in this document is missing but: (a) the attachment
                                           is completely unavailable for recordation; (b) the attachment is not essential to the identification of
                                           the subject matter of the document; and (c) it would be impossible or wholly impracticable to have
                                           the parties to the document sign or initial a deletion of the reference to the attachment.

**9**  Certification of photocopied      Complete this certification if a photocopy of the original signed document is being submitted
       documents                         instead of the document bearing the actual original signature.
                                         NOTE: This space may not be used for documents that require an official certification.
                                         I declare under penalty of perjury that the accompanying document is a true and correct copy
                                         of the original document.

                                         Signature _____     Date  09/04/2015

                                         Duly authorized agent of  Lee Kar Yin

**10** Return to                         Name  Vijay Toke, Cobalt LLP

                                         Number/street  918 Parker Street                    Apt/suite  A21

                                         City  Berkeley                    State  CA          Zip  94710

                                         Phone number  510-841-9800          Fax number  510-295-2401

                                         Email  copyrights@cobaltlaw.com

SEND TO: Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000

INCLUDE ALL OF THESE TOGETHER: (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to Register
of Copyrights; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title
list, an acceptable digital storage medium containing a title list in the prescribed format.

Form DCS   REVISED 01/11/2014   Printed on recycled paper

TWS0355771

DECLARATION OF LEE KAR YIN AND
*NUNC PRO TUNC* COPYRIGHT ASSIGNMENTS TO THE WAVE STUDIO LLC

I, Lee Kar Yin, declare as follows:

1.  I wish to clarify and confirm The Wave Studio LLC's ownership of all right, title, and interest of every kind and character throughout the world (including all copyrights, worldwide rights, derivative rights, renewal rights, and all rights to causes of action and related remedies) in and to my professional photographs, including without limitation the photographs identified in Exhibit A (the "Photographs") and the copyright registrations identified in Exhibit B (the "Copyright Registrations") as of November 11, 2011 ("Effective Date")

Background

2.  On February 21, 1994, I registered the sole proprietorship Wave-S under the laws of Singapore (Registration No. 50153300A).

3.  Wave-S owned all right, title and interest worldwide, including copyrights, in and to certain professional photographs ("Wave-S Photographs"), including photographs registered at the U.S. Copyright Office under the following Registration Numbers and Registration Dates:
    a)  VA 1-432-324
    b)  VA 1-432-325
    c)  VA 1-432-328
    d)  VA 1-432-329
    e)  VA 1-432-336
    f)  VA 1-433-816
    g)  VA 1-758-524
    h)  VA 1-825-429
    i)  VA 1-825-431
    j)  VA 1-842-230
    k)  VA 1-857-706
    l)  VAu 1-060-182

(collectively, the "Wave-S Copyright Registrations")

4.  On February 21, 2007, Wave-S ceased doing business and dissolved. A true and correct copy of the Singaporean government business record for the dissolution of Wave-S is attached as Exhibit C.

5.  Upon dissolution of Wave-S, all tangible and intangible assets of the sole proprietorship, including all right, title and interest worldwide (including copyrights) in and to all Wave-S Photographs was automatically transferred to me by operation of Singapore law. No rights were retained by Wave-S.

TWS0355772

6. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the Wave-S Photographs and the Wave-S Copyright Registrations.

7. On February 8, 2002, The Wave PTE. LTD. was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200201048Z). A true and correct copy of the Singaporean government business record for The Wave PTE. LTD. is attached as Exhibit D.

8. I was a director and shareholder of The Wave PTE. LTD., together with Mr. Chua Kiat Hong.

9. The Wave PTE. LTD. owned all right, title, and interest worldwide, including copyrights, in and to certain professional photographs (the "Wave PTE Photographs"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:
    a) VA 1-432-331
    b) VAu 1-057-927

(collectively, the "Wave PTE Copyright Registrations")

10. On August 1, 2008, the Board of Directors of The Wave PTE. LTD. held an extraordinary general meeting to dissolve the company and irrevocably assign and transfer all tangible and intangible assets owned by The Wave PTE. LTD. to me as of that date. A true and correct copy of the corporate minutes reflecting this resolution is attached as Exhibit E.

11. The Wave PTE Photographs, including all copyrights therein, were included in the assets assigned by The Wave PTE. LTD. to me. No rights were retained by The Wave PTE. LTD. or by Mr. Chua Kiat Hong.

12. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the Wave PTE Photographs and the Wave PTE Copyright Registrations.

13. On July 1, 2005, The Wave Design PTE. LTD. was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200508995G). A true and correct copy of the Singaporean government business record for The Wave Design PTE. LTD. is attached as Exhibit F.

14. On July 27, 2007, The Wave Design PTE. LTD. changed its name to The Wave Studio PTE. LTD. A true and correct copy of the Singaporean government business record for the name change is attached as Exhibit G.

15. I am the sole owner, director and shareholder of The Wave Studio PTE. LTD. (formerly known as The Wave Design PTE. LTD.).

TWS0355773

16. The Wave Studio PTE. LTD. (formerly known as The Wave Design PTE. LTD.), owned all right, title, and interest worldwide, including copyrights, in and to certain photographs (the "Wave Studio PTE Photographs"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:

   a)  VA 1-432-326
   b)  VA 1-432-327
   c)  VA 1-432-330
   d)  VA 1-432-332
   e)  VA-432-637
   f)  VA 1-765-854
   g)  VA 1-824-376
   h)  VA 1-825-249
   i)  VA 1-825-264
   j)  VA 1-829-021
   k)  VA 1-842-228
   l)  VAu 1-055-458
   m)  VAu 1-055-459
   n)  VAu 1-060-180
   o)  VAu 1-110-867
   p)  VAu 1-144-751

(collectively, the "Wave Studio PTE Copyright Registrations")

17. On or around September 1, 2011, I formed The Wave Studio LLC, a limited liability company organized under the laws of the State of New York.

18. I am the sole owner, member, and manager of The Wave Studio LLC.

**Previous Assignments of Copyright**

19. A purported assignment of copyright from Wave-S to The Wave Design PTE. LTD was entered into and was made effective as of February 15, 2007. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit H.

20. A purported assignment of copyright from The Wave PTE. LTD. to The Wave Studio PTE. LTD. was entered into and was made effective as of July 28, 2008. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit I.

21. On November 11, 2011, a purported assignment of copyright from Wave-S to The Wave Studio LLC was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all

TWS0355774

recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by Wave-S had already been transferred to me as of February 21, 2007. A true and correct copy of this assignment is attached as Exhibit J.

22. On November 11, 2011, a purported assignment of copyright from The Wave PTE. LTD. to The Wave Studio LLC was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by The Wave PTE. LTD. had already been transferred to me as of August 1, 2008. A true and correct copy of this assignment is attached as Exhibit K.

23. On January 7, 2013, I executed a Declaration and *Nunc Pro Tunc* Assignment of Copyright to The Wave Studio, LLC, which was recorded at the U.S. Copyright Office on April 22, 2013 (the "Catch-All Assignment"). While the facts stated in this Catch-All Assignment were correct, this document omitted that the *nunc pro tunc* assignments of all copyrights owned by me (upon dissolution of Wave-S and The Wave PTE. LTD.) and by The Wave Studio PTE. LTD were effective as of November 11, 2011. This present Declaration serves to complete and clarify the Catch-All Assignment. A true and correct copy of this assignment is attached as Exhibit L.

24. On or around October 1, 2013, Mr. Masano Kawana entered into a Memorandum of Understanding and Ownership ("MOU"), whereby he confirmed that all photographs resulting from the 2000-2007 shoots he participated in for me and the various Wave entities were intended to be work made for hire for me, and that the copyrights in those photographs was exclusively owned by me at the time of their creation (including without limitation, photoshoots relating to The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hai An Vietnam, Carcosa Seri Negara Kuala Lumpur, The Chedi Milan, The Serai Club Jimbaran Bali, The Heritage House Mendocino, Langsuan Apartment Bangkok, Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore) (collectively, the "2000-2007 Photographs"). On May 18, 2015, I executed a Confirmation of Assignment of Copyright, confirming the terms of the MOU, which were recorded at the U.S. Copyright Office on May 18, 2015. True and correct copies of these documents are attached as Exhibit L.

### Corrective and Nunc Pro Tunc Assignments of Copyrights

25. On November 11, 2011, The Wave Design PTE. LTD. entered into an assignment of copyrights, whereby The Wave Design PTE. LTD. assigned its rights, title and interest worldwide in the following copyrights to The Wave Studio LLC:

TWS0355775

a) VA 1-432-332
b) VA-432-637
c) VA 1-432-330
d) VA 1-432-326
e) VA 1-432-326
f) VAu 1-055-458
g) VAu 1-055-459
h) VAu 1-060-180
i) VA 1-765-854

26. In my capacity as owner and authorized signatory for The Wave Studio PTE.
LTD (formerly known as The Wave Design PTE. LTD.), I hereby correct and
augment this assignment in the following ways:

i.    I hereby correct as of the Effective Date a misprint in the name of the
assignor and change it from "The Wave Design PTE. LTD." to "The
Wave Studio PTE. LTD." in order to reflect the correct corporate name
as of November 11, 2011;

ii.   I hereby assign as of the Effective Date, any and all remaining right, title,
and interest worldwide (including copyrights) in all tangible and
intangible assets that were, or might have been, owned by The Wave
Studio PTE. LTD (formerly known as The Wave Design PTE. LTD.) as
of the Effective Date, to The Wave Studio LLC, including without
limitation any and all Wave Studio PTE Photographs and all copyrights
therein, whether or not registered with the U.S. Copyright Office,
including without limitation the following Copyright Registrations:
a) VA 1-824-376
b) VA 1-825-249
c) VA 1-825-264
d) VA 1-829-021
e) VA 1-842-228
a) VAu 1-110-867
b) VAu 1-144-751

iii.  I hereby confirm that this *nunc pro tunc* assignment is being executed now
in order to clarify the ownership of the Wave Studio PTE Photographs and
Wave Studio PTE Copyright Registrations and to confirm that The Wave
Studio PTE. LTD (formerly known as The Wave Design PTE. LTD.)
did, as of the Effective Date, assign unto The Wave Studio LLC all right,
title, and interest in and to the Wave Studio PTE Photographs and the
Wave Studio PTE Copyright Registrations, in addition to any other
tangible and intangible assets owned by The Wave Studio PTE. LTD
(formerly known as The Wave Design PTE. LTD.).

    iv.    Given the foregoing, The Wave Studio LLC is the sole owner and claimant of the Wave Studio PTE Photographs and Copyright Registrations.

27. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by Wave-S as of February 21, 2007.

28. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title, and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by Wave-S, to The Wave Studio LLC, including without limitation any and all Wave-S Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave-S Copyright Registrations namely:
    a)  VA 1-432-324
    b)  VA 1-432-325
    c)  VA 1-432-328
    d)  VA 1-432-329
    e)  VA 1-432-336
    f)  VA 1-433-816
    g)  VA 1-758-524
    h)  VA 1-825-429
    i)  VA 1-825-431
    j)  VA 1-842-230
    k)  VA 1-857-706
    l)  VAu 1-060-182

29. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by The Wave PTE. LTD. as of August 1, 2008.

30. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by The Wave PTE. LTD, to The Wave Studio LLC, including without limitation any and all Wave PTE Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave PTE Copyright Registrations, namely:
    a)  VA 1-432-331
    b)  VAu 1-057-927

31. Finally, to the extent Mr. Masano Kawana owned any ownership interest or copyrights in any of the 2000-2007 Photographs, he confirmed those rights were exclusively owned by me as work made for hire at the time of each work's creation. Accordingly, I hereby assign as of the Effective Date, any and all right, title, and interest worldwide (including copyrights) in the 2000-2007 Photographs to The Wave Studio LLC, whether or not registered with the U.S. Copyright Office.

TWS0355777

32. I declare under penalty of perjury that I am authorized to execute this document; that the facts in this document and statements made of my own personal knowledge are true; and all statements made on information and belief are believed to be true. I understand that, in the event of a dispute related to this Declaration and *Nunc Pro Tunc* Assignments of Copyrights, this declaration may be used as supporting evidence for that action and that I may be called upon to be a witness.

Date: 4 SEPTEMBER 2015
By:
Lee Kar Yin, an Individual

Date: 4 SEPTEMBER 2015
By:
Lee Kar Yin, Owner
The Wave Studio PTE. LTD

TWS0355778

# EXHIBIT "A"

TWS0355779

Exhibit A
Photographs

andaman001-andaman068

bkk001-bkk017

bkk018-bkk025

carcosa001-carcosa029

chediclub001-chediclub140

chediclub141

chiangmai001- chiangmai239

datai001-datai105

lalu001-lalu159

leela001- leela 16

legian001-legian122

legianclub001-legianclub039

milan001-milan073

muscat001-muscat252

nambai001-nambai269

phuket001-phuket042

saujana001-saujana032

scahst001-scahst017

seraiclub001-seraiclub052

setai001- setai 0184

setai185-setai392

setai429-setai1179

TWS0355780

EXHIBIT "B"

TWS0355781

Exhibit B
Copyright Registrations

| REG NO. | TITLE |
|---|---|
| VA 1-432-324 | Wave-s Photographs 2001 |
| VA 1-432-325 | Wave-s Photographs 2002 |
| VA 1-432-326 | The Wave Design Pte. Ltd, Photographs 2007(A) |
| VA 1-432-327 | The Wave Design Pte. Ltd, Photographs 2007(B) |
| VA 1-432-328 | Wave-s Photographs 2003 |
| VA 1-432-329 | Wave-s Photographs 2004 |
| VA 1-432-330 | The Wave Design Pte. Ltd, Photographs 2006 |
| VA 1-432-331 | The Wave Pte, Ltd Photographs 2005(A) |
| VA 1-432-332 | The Wave Design Pte. Ltd. Photographs 2005(B) |
| VA 1-432-336 | Wave-s Photographs 2002(B) |
| VA 1-432-637 | The Wave Design Pte Ltd, Photographs 2005 (B) |
| VA 1-433-816 | Wave-s Photographs 2002 (C) |
| VA 1-758-524 | Wave-s Photographs 2004(B) |
| VA 1-765-854 | The Wave Design Pte. Ltd. published legian121 |
| VA 1-824-376 | The Wave Design Pte. Ltd. -- datai105 |
| VA 1-825-249 | The Wave Design Pte, Ltd -- detai 104 |
| VA 1-825-264 | The Wave Design Pte, Ltd -- andaman067 |
| VA 1-825-429 | Wave-s Photographs 2004 (D) -- chediclub141 |
| VA 1-825-431 | Wave-s Photographs 2004 (C) -- legian122 |
| VA 1-829-021 | The Wave Design Pte. Ltd. -- andaman068 |
| VA 1-842-228 | The Wave Design Pte. Ltd. -- blck018 -- blck025 |
| VA 1-842-230 | Wave-s Photographs 2004 -- changmai239 |
| VA 1-857-706 | Wave-S Photographs 2002 -- lalu59 |
| VAu 1-055-458 | The Wave Design Pte, Ltd, Unpublished photographs 2005 (C) setai429 -- setai803 |
| VAu 1-055-459 | The Wave Design Pte. Ltd, Unpublished photographs 2005 (D) setai804 -- setai958; setai960 -- setai1179 |
| VAu 1-057-927 | The Wave Pte. Ltd. unpublished setai 182 |
| VAu 1-060-180 | The Wave Design Pte. Ltd. Unpublished setai0183 ; 0184 |
| VAu 1-060-182 | Wave-S unpublished setai959 |
| VAu 1-110-867 | The Wave Design Pte. Ltd. Unpublished Photograph setai1180 |
| VAu 1-144-751 | The Wave Design Pte. Ltd. -- Unpublished setai1181 |

TWS0355782

# EXHIBIT "C"

TWS0355783

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Business) of 50153300A                                                        Page 1 of 2

| | |
|---|---|
| Name of Business | WAVE-S |
| Former Name(s) if any | |
| Registration No. | 50153300A |
| Registration Date | 21/02/1994 |
| Commencement Date | 08/03/1994 |
| Status of Business | Live |
| Status Date : | 21/02/1994 |
| Certificate Renewal Date | 07/02/2005 |
| Certificate Expiry Date | 21/02/2006 |

| | |
|---|---|
| Constitution of Business | Sole-Proprietor |
| Principal Place of Business | 46 SOUTH BRIDGE ROAD #04-02 KINGLY BUILDING SINGAPORE (058679) |
| Date of Change of Name | : |
| Date of Change of Address | 01/04/1999 |

| | |
|---|---|
| Activities (I) | ART AND GRAPHIC DESIGN SERVICES (74952) |
| Description | |
| Activities (II) | |
| Description | |

| Name | | Nationality | | Date |
|---|---|---|---|---|
| LEE KAR YIN | A1303649 | MALAYSIAN | 44B ZION ROAD SINGAPORE (247776) | 18/02/1994 |



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Business) of 50153300A                                         Page 2 of 2



| LEE KAR YIN | A1393949 | MALAYSIAN | 44B ZION ROAD SINGAPORE (247776) | 18/02/1994 Owner |

PLEASE NOTE THE INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILED WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.    :  ACR0001000119577

DATE            : 11/08/2005

This is computer generated. Hence no signature required.

TWS0355785





HOME | LOGOUT

## ACKNOWLEDGEMENT

Your notice of cessation of business is submitted successfully. You may wish to print this Acknowledgement for your own record. If you wish to submit other transactions, click Home. Otherwise, click Logout to exit.

Business Registration No :        **50153300A**

Business Name :                   **WAVE-S**

Cessation Date :                  **21/02/2007**

Date of Filing Transaction :      **26/02/2007**

TWS0355786

# EXHIBIT "D"

TWS0355787



## Company Profile Information

Document Generated on 16 DECEMBER 2003 08:57:12

THE DATA REFLECTED IN THIS REPORT IS 14 WORKING DAYS FROM FORMS FILED WITH RCB.

### Company Particulars

| Company Name | THE WAVE PTE. LTD. |
|---|---|
| Registration No | 200201048Z |
| Registration Date | 08 FEB 2002 |
| Company Type | LIMITED PRIVATE COMPANY |
| Registered Office | 36 SAGO STREET SINGAPORE 059027 |
| Date Of Address Change | 16 SEP 2002 |
| Status | LIVE |
| Status Effective Date | 08 FEB 2002 |
| Principal Activity (ies) | 1. ADVERTISING ACTIVITIES |
| | 2. ART AND GRAPHIC DESIGN SERVICES |

### Capital

| | Authorised | Volume Per Share | Currency |
|---|---|---|---|
| | 1,000,000,0000 | 1.0000 | SINGAPORE DOLLAR |
| Issued: | Ordinary | Volume Per Share | Currency |
| | 2.0000 | 1.0000 | SINGAPORE DOLLAR |
| Paid-up: | Ordinary | Volume Per Share | Currency |
| | 2.0000 | 1.0000 | SINGAPORE DOLLAR |
| | Preference | Volume Per Share | Currency |
| | 0.0000 | 1.0000 | SINGAPORE DOLLAR |
| | Others | Volume Per Share | Currency |
| | 0.0000 | 1.0000 | SINGAPORE DOLLAR |

### Auditors

| 1. | WU CHIAW CHING & COMPANY |
|---|---|

### Charges

| Nil. |
|---|

### Compliance Records

| Date of Last Annual General Meeting (AGM) | 30 JUN 2003 |
|---|---|
| Date of A/C Laid at Last AGM | 31 DEC 2002 |
| Date of Last Annual Return | 01 AUG 2003 |

TWS0355788

Company Profile Information

## Officers/Agents

| 1. | Name | KOH JIUN HAU |
|---|---|---|
| | ID | S2681462C |
| | Nationality | SINGAPOREAN |
| | Address | 73 SENNETT AVENUE SINGAPORE 467661 |
| | Date Of Address Change | 20 JUL 1996 |
| | Position | SECRETARY |
| | Appointment Date | 08 FEB 2002 |
| | Cessation Date | - |
| 2. | Name | LEE KAR YIN |
| | ID | S6970340F |
| | Nationality | SINGAPORE P.R. |
| | Address | 82 BAYSHORE ROAD #02-29 SINGAPORE 469993 |
| | Source Of Address | National Registration Department (NRD) |
| | Date Reported to NRD | 28 JUL 2003 |
| | Position | DIRECTOR |
| | Appointment Date | 08 FEB 2002 |
| | Cessation Date | - |
| 3. | Name | CHUA KIAT HONG |
| | ID | S1605916B |
| | Nationality | SINGAPOREAN |
| | Address | 736 TAMPINES STREET 72 #09-32 SINGAPORE 520736 |
| | Position | DIRECTOR |
| | Appointment Date | 16 SEP 2002 |
| | Cessation Date | - |

## Shareholders

| 1. | Name | CHUA KIAT HONG | | |
|---|---|---|---|---|
| | ID | S1605916B | | |
| | Nationality | SINGAPOREAN | | |
| | Address | 736 TAMPINES STREET 72 #09-32 SINGAPORE 520736 | | |
| | Date of Address Change | - | | |

| Share Type | No. of Shares allotted | Value Per Share | Currency |
|---|---|---|---|
| Ordinary | 1.0000 | 1.0000 | SINGAPORE DOLLAR |

| 2. | Name | LEE KAR YIN | | |
|---|---|---|---|---|
| | ID | S6970340F | | |
| | Nationality | SINGAPORE P.R. | | |
| | Source of Address | National Registration Department (NRD) | | |
| | Address | 82 BAYSHORE ROAD #02-29 SINGAPORE 469993 | | |
| | Date Reported to NRD | 28 JUL 2003 | | |

| Share Type | No. of Shares allotted | Value Per Share | Currency |
|---|---|---|---|
| Ordinary | 1.0000 | 1.0000 | SINGAPORE DOLLAR |

TWS0355789

Company Profile Information

Transfers which take place after the last AR lodged are not reflected.
Registration numbers prefixed with UF, SB or RCB are numbers allotted by RCB for purposes of identification.

(C) Copyright 2000 Registry of Companies and Businesses
This is a computer generated document.

TWS0355790

EXHIBIT "E"

TWS0355791

**THE WAVE PTE. LTD.**
(Incorporated in Singapore)

MINUTES of an Extra-Ordinary General Meeting of the Company held at 10A Trengganu Street Singapore 058464 on 01 August 2008.

**PRESENT:**

    LEE Kar Yin

    CHUA Kiat Hong

**CHAIRMAN**

Ms LEE Kar Yin presided at the Meeting.

**NOTICE OF MEETING**

Resolved that the formality of issuing 14 days Notice be and is hereby waived.

**STRIKING OFF THE COMPANY'S NAME FROM THE REGISTER**

THAT the Board of Directors has no inclination to continue operating the business and the company shall apply to strike off its name from register under section 344 of the companies Act.

THAT all tangible assets and intangible assets owned by the company, after discharging its liability if any, shall be repatriated and assigned respectively and absolutely to Ms Lee Kar Yin.

**TERMINATION**

There being no other business, the meeting then terminated with a vote of thanks to the Chair.

Confirmed by:

Chairman
LEE Kar Yin

TWS0355792

# EXHIBIT "F"

TWS0355793

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY
DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200506995G                                                                 Page 1 of 3

| Registration No. : | 200506995G |
| Company Name. : | THE WAVE DESIGN PTE. LTD. |
| Former Name if any : | |
| Incorporation Date : | 01/07/2005 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status : | Live Company |
| Status Date : | 01/07/2005 |

| Activities (I) : | 76222 |
| Description : | ART AND GRAPHIC DESIGN |
| Activities (II) : | 63129 |
| Description : | WEB DESIGN |

| | | | | |
| --- | --- | --- | --- | --- |
| 1.00 | 1 | SINGAPORE DOLLAR | | ORDINARY |

| | | | | |
| --- | --- | --- | --- | --- |
| 1.00 | | SINGAPORE DOLLAR | | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Registered Office Address : | 10A TRENGGANU STREET<br>SINGAPORE (058464) |
| Date of Address : | 01/07/2005 |
| Date of Last AGM | : |
| Date of Last AR | : |
| Date of A/C Laid at Last AGM | : |
| Date of Lodgment of AR, A/C | : |

TWS0355794

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY
DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508005G                                    Page 2 of 3

| Name | | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|

| Officers/Agents | | Nationality/ | Source of | Date of |
|---|---|---|---|---|
| Name | | ID No. | Information | Appointment |
| TAN THAI NGEE | S1643701H | SINGAPOREAN | OSCARS | 01/07/2005 |
| 702 UPPER CHANGI ROAD EAST<br>#04-02<br>CHANGI COURT<br>SINGAPORE (486832) | | SECRETARY | | |
| LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| 82 BAYSHORE ROAD<br>#02-29<br>COSTA DEL SOL<br>SINGAPORE (469993) | | DIRECTOR | | |

| Shareholder(s) | | Nationality/Place of<br>Incorporation | Source of<br>Information | Address<br>Source |
|---|---|---|---|---|
| 1 | LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| | 82 BAYSHORE ROAD<br>#02-29<br>COSTA DEL SOL<br>SINGAPORE (469993) | | | | |
| | Ordinary (Number) | Currency | | | |
| | 1 | SINGAPORE DOLLAR | | | |

| | | | | |
|---|---|---|---|---|

TWS0355795

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 



WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508995G                                    Page 3 of 3

UL - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES SINGAPORE

RECEIPT NO.     : ACR0001001122418

DATE           : 24/02/2006

This is computer generated. Hence no signature required.

TWS0355796

# EXHIBIT "G"

TWS0355797

Subject: Change Of Company Name
From: ACRA Auto Mail <ACRA_BIZFILE@acra.gov.sg>
Date: Fri, 27 Jul 2007 11:13:15 +0800
To: TN@ACMEFOCUS.NET

Dear Sir/Madam

Company Name: THE WAVE DESIGN PTE. LTD.

Proposed New Name: THE WAVE STUDIO PTE. LTD.

Application No:N0739733M

Your application to change the company name has been approved. Please file the
Notice of Resolution of Change of Local Company Name within 60 days from
27/07/2007. The expiry date is 25/09/2007. The company name will only be changed
upon lodgment of the Notice of Resolution of Change of Local Company Name.

Thank You

Accounting and Corporate Regulatory Authority (ACRA)
10 Anson Road
#05-01/15 International Plaza
Singapore 079903

*****************************************************************
This is a system-generated email. Please do not reply to this email.
If you have any enquiry, please visit our interactive web service at
www.acra.gov.sg/askacra for more information.

TWS0355798

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION SOURCED

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200808998G)          Date: 23/06/2010

| | |
|---|---|
| Registration No. : | 200808998G |
| Company Name. : | THE WAVE STUDIO PTE. LTD.(w.e.f. 27/07/2007) |
| Former Name if any : | THE WAVE DESIGN PTE. LTD. |
| Incorporation Date : | 01/07/2005 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status : | Live Company |
| Status Date : | 01/07/2005 |

| | |
|---|---|
| Activities (I) : | 74102 |
| Description : | ART AND GRAPHIC DESIGN |
| Activities (II) : | 74201 |
| Description : | PHOTOGRAPHIC STUDIO |

| AMOUNT | | | |
|---|---|---|---|
| 1.00 | 1 | SINGAPORE, DOLLARS | ORDINARY |

* Number of Shares includes number of Treasury Shares

| AMOUNT | | | |
|---|---|---|---|
| 1.00 | | SINGAPORE, DOLLARS | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| | |
|---|---|
| Registered Office Address : | 48 SOUTH BRIDGE ROAD<br>#04-02<br>KINGLY BUILDING<br>SINGAPORE (058670) |
| Date of Address : | 02/03/2010 |

Page 1 of 4

TWS0355799

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION RESOURCES

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE
AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF
ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)       Date: 23/08/2010

| | |
|---|---|
| Date of Last AGM | 30/08/2010 |
| Date of Last AR | 29/07/2010 |
| Date of A/C Laid at Last AGM | 31/12/2009 |
| Date of Lodgment of AR, A/C | 29/07/2010 |

| Name | ID | Nationality/ Place of Incorporation | Source (of Appointment) | Position/ Date of Appointment |
|---|---|---|---|---|
| TAN THAI NGEE<br>702 UPPER CHANGI ROAD EAST<br>#04-02<br>CHANGI COURT<br>SINGAPORE (486032) | S1043701H | SINGAPORE CITIZEN | ACRA | 01/07/2005 |
| | | SECRETARY | | |
| LEE KAR YIN<br>147B LOYANG BESAR CLOSE<br>WATERCREST<br>SINGAPORE (508039) | S6970349F | SINGAPORE P.R. | OSCARS | 01/07/2005 |
| | | DIRECTOR | | |

TWS0355800

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



███ INTERNATIONAL STUDIOS ███

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)        Date: 23/08/2010

| | | | | |
|---|---|---|---|---|
| 1 | LEE KAR YIN | S6970349F | SINGAPORE P.R. | OSCARS | 16/02/2009 |

147B LOYANG BESAR CLOSE
WATERCREST
SINGAPORE (509039)

| Ordinary (Number) | Currency |
|---|---|
| 1 | SINGAPORE, DOLLARS |

UL – Local Entity not registered with ACRA

UF – Foreign Entity not registered with ACRA

V/Share – Value Per Share

AR – Annual Return

AGM – Annual General Meeting

A/C – Accounts

OSCARS – One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority.

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.    : ACR000101092760B

DATE          : 23/08/2010

Page 3 of 4

TWS0355801

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)





WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE
AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF
ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)                    Date: 23/08/2010

This is computer generated. Hence no signature required.

Page 4 of 4

TWS0355802

# EXHIBIT "H"

TWS0355803

## ASSIGNMENT OF COPYRIGHT

This Assignment is made and entered into with effect from 15 FEBRUARY 2007 (the "Effective Date")

Between

    (1) WAVE-S, a business registered in Singapore (Registration No. 50153300A) with its registered address at 46, SOUTH BRIDGE ROAD, #04-02, KINGLY BUILDING, SINGAPORE 058679 ("Assignor");

    and

    (2) THE WAVE DESIGN PTE. LTD., a company registered in Singapore (Registration No. 200608995G) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058484 ("Assignee").

Whereas

(A)    Assignor is the proprietor of the rights in several works ("the Works") details of which are set out in the Annex annexed hereto.

(B)    Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

Now Therefore, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i)    Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("Copyrights"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto, together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii)    Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights of or obligations owing to any person.

(iii)    The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

TWS0199397

TWS0355804

ANNEX

The Works

| Title/Subject |
| --- |

setal001 – setal041
setal337 – setal350
setal369

muscat001 – muscat029
muscat030 – muscat148

teela001 – teela100

chiangmai001 – chiangmai075

phuket001 – phuket041
phuket042

leglanclub001 – leglanclub015
leglanclub016
leglanclub017 – leglanclub022
leglanclub023 – leglanclub034

leglan001 – leglan006
leglan007 – leglan025
leglan026 – leglan065
leglan122

chedlclub001 – chedlclub140
chedlclub141

lalu001 – lalu026
lalu027 – lalu158

TWS0199398

TWS0355805

In Witness Whereof, the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of WAVE-S

Executed as a deed for and on behalf of THE WAVE DESIGN PTE. LTD.

By:     LEE KAR YIN
Title:   SOLE PROPRIETOR
Date:   16 FEBRUARY 2007

By:     LEE KAR YIN
Title:   MANAGING DIRECTOR
Date:   16 FEBRUARY 2007

Witness:
Name:   SARAH LOURDES

Witness:
Name:   SARAH LOURDES

TWS0:199399

TWS0355806

EXHIBIT "T"

TWS0355807

ASSIGNMENT OF COPYRIGHT.

This Assignment is made and entered into with effect from 28 JULY 2008 (the "Effective Date")

Between

(1) THE WAVE PTE. LTD.; a company registered in Singapore (Registration No. 200204046Z) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignor");
and

(2) THE WAVE STUDIO PTE. LTD., a company registered in Singapore (Registration No. 200500996G) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignee").

Whereas

(A) Assignor is the proprietor of the rights in several works ("the Works") details of which are set out in the Annex annexed hereto.

(B) Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

Now Therefore, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i) Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("Copyrights"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii) Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights or obligations owing to any person.

(iii) The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

TWS0199381

TWS0355808

ANNEX

The Works

| Title/Subject |
| --- |
| |
| setai042 – setai181 |
| setai182 |
| delai001 – delai704 |
| andaman001 – andaman066 |
| seahst001 – seahst017 |

TWS0199382

TWS0355809

In Witness Whereof, the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of
THE WAVE PTE. LTD.

By: _____ LEE KAR YIN _____
Title: _____ MANAGING DIRECTOR _____
Date: ~~28 JULY 2008~~ 15 OCT 2012

Witness: _____
Name: _____

Executed as a deed for and on behalf of
THE WAVE STUDIO PTE. LTD.

By: _____ LEE KAR YIN _____
Title: _____ MANAGING DIRECTOR _____
Date: ~~28 JULY 2008~~ 15 OCT 2012

Witness: _____
Name: _____

TWS0199383

TWS0355810

# CERTIFICATE OF ACKNOWLEDGMENT OF
# EXECUTION OF AN INSTRUMENT

REPUBLIC OF SINGAPORE
*(County)*

CITY OF SINGAPORE
*(County and/or Other Political Division)*

EMBASSY OF THE
*(County and/or Other Political Division)*

UNITED STATES OF AMERICA
*(Name of Foreign Service Office)*

I, _____ Victoria A. McGleam, Consular Associate _____

at the United States of America at _____ Singapore, Republic of Singapore _____

duly commissioned and qualified, do hereby certify that on this day of _____ 10-15-2012 _____, before me personally appeared
Date (mm-dd-yyyy)

_____ Kuo Yin Lee _____

to me personally known, and known to me to be the individual described in, whose name        is        subscribed to,
and who executed the annexed instrument, and being informed by me of the contents of said instrument        she
duly acknowledged to me that        she        executed the same freely and voluntarily for the uses and purposes
therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and
official seal the day and year last above written.

_____ Victoria A. McGleam _____
Consular Associate of the _____ of the United States of America,
United States of America

Commission Expires: _____ Indefinite _____

This document consists of   4   pages, including the Acknowledgement certificate.

NOTE: Wherever practicable all signatures to a document should be included in one certificate.

OF-175 (Formerly FS-88)
01-2009

TWS0199380

TWS0355811

EXHIBIT "J"

TWS0355812



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
15Nov11

| VOLUME | DOC. NO. |
|--------|----------|
| 3610 | 299 |

| VOLUME | DOC. NO. |
|--------|----------|

*Maria A. Pallante*

Register of Copyrights, United States of America

TWS0355813

## Document Cover Sheet

UNITED STATES COPYRIGHT OFFICE

For Recordation of Documents

Volume _3610_    Document _299_

Volume _____    Document _____

Date of recordation M _11_ D _15_ Y _11_
(mm/dd as it appears on the document)

Funds received _____

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.

**1** First party name given in the document
The Wave Design Pte. Ltd.
(as it appears on the document for file and every part)

**2** First title given in the document
The Wave Design Pte. Ltd. Photographs 2005(B)    VA 1-432-332

**3** Total number of titles in the document
9

**4** Amount of fee calculated
$ 135.00

**5** Fee enclosed
☐ Check   ☐ Money order
☒ Fee authorized to be charged to Copyright Office deposit account

Deposit account number    080519

Deposit account name    Jennison & Shultz, P.C.

**6** Completeness of document
☒ Document is complete by its own terms    ☐ Document is not complete. Record "as is"

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that (i) the attachment is completely unavailable for recordation (ii) the attachment is not essential to the identification of the subject matter of the document (iii) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document
Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: This process may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____    Date 11/14/2011

Duly authorized agent of The Wave Studio, LLC

**8** Return to:
Name    Jennison & Shultz, P.C.
Number/street    2001 Jefferson Davis Hwy.    Apt/suite  1102
City    Arlington    State  VA    Zip  22202-3604
Phone number  703 415-1640    Fax number  703 415-0788
Email  John@JennisonLaw.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form (2) payment from a deposit account or by check/money order payable to Register of Copyrights and (3) your document.

form DCS   Rev: 08/2007   Print: 08/2007—xxxx   Printed on recycled paper    U.S. Government Printing Office: 2007:330-945/60,xxx

TWS0355814

COPYRIGHTS ASSIGNMENT

V3610 D299
Page 1

This Copyright Assignment Agreement (Agreement) is entered into between The Wave Design Pte. Ltd. (Assignor), a private company of Singapore, with an address of 10A Trengganu Street, Singapore, 058464, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage or transmission medium, and including, without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged, or hypothecated any of the rights granted to Assignee hereunder.

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant

V3610 D299

V3610 D299
Page 2

jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

Assignor agrees, at the request of Assignee or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing worldwide rights in the Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the Copyrights as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.

The Wave Design Pte. Ltd (Assignor)

By: ____________________ Date: 11th November 2011
Lee Kar Yin, owner

The Wave Studio, LLC (assignee)

By: ____________________ Date: 11th November 2011
Lee Kar Yin, owner

TWS0355816

V3610 D299
Page 3

Attachment A

Title                                                              Reg. No.

The Wave Design Pte. Ltd. Photographs 2005 (B)          VA 1-432-332

The Wave Design Pte. Ltd. Photographs 2005 (B)    CA   VA 1-432-637

The Wave Design Pte. Ltd. Photographs 2006             VA 1-432-330

The Wave Design Pte. Ltd. Photographs 2007 (A)         VA 1-432-326

The Wave Design Pte. Ltd. Photographs 2007 (B)         VA 1-432-327

The Wave Design Pte. Ltd. Unpublished Photographs 2005 (C)   VAu 1-053-458

The Wave Design Pte. Ltd. Unpublished Photographs 2005 (D)   VAu 1-053-459

The Wave Design Pte. Ltd. Unpublished serial0183; 0184 ..   VAu 1-060-180

The Wave Design Pte. Ltd. published login 121          VA 1-765-854

3

TWS0355817

EXHIBIT "K"

TWS0355818

V3610 D251

V3610 D251
Page 1

# COPYRIGHTS ASSIGNMENT

This Copyright Assignment Agreement (Agreement) is entered into between The Wave Pte. Ltd. (Assignor), a private company of Singapore, with an address of 36 Sago Street, Singapore, 059027, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage or transmission medium, and including without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

TWS0199389


TWS0355819

V3610 D251
Page 2

Assignor agrees, at the request of Assignee or its successor in interest, to do all
lawful acts which may be required for obtaining and enforcing worldwide rights in the
Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the
Copyrights as reasonably required to carry out or effectuate the purpose and intent of this
Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the
effective date.

The Wave Pte. Ltd (Assignor)

By: _____      Date: 11TH NOVEMBER 2011
Lee Kar Yin, owner

The Wave Studio, LLC (assignee)

By: _____      Date: 11TH NOVEMBER 2011
Lee Kar Yin, owner

2

TWS0199390

TWS0355820

V3610 D251
Page 3

Attachment A

| Title | Reg. No. |
|---|---|
| The Wave Ptc, Ltd, Photographs 2005 (A) | VA 1-432-331 |
| The Wave Ptc, Ltd, unpublished setal 182 | VAu 1-057-927 |

3

TWS0199391

TWS0355821

EXHIBIT "L"

TWS0355822



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
22Apr13

| VOLUME | DOC. NO. |
|--------|----------|
| 3629   | 213      |

| VOLUME | DOC. NO. |
|--------|----------|

*Maria A. Pallante*

Register of Copyrights, United States of America

TWS0355823

Fees are effective through June 30, 2002.
After that date, check the Copyright Of-
fice Website at www.loc.gov/copyright or
call (202) 707-3000 for current fee infor-
mation.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| Volume 3629 | Page | 213 |

Volume _____   Page _____

FUNDS RECEIVED

Do not write above this line.

To the Register of Copyrights:

Please record the accompanying original document or copy
thereof.

FOR OFFICE USE ONLY

1 Name of the party or parties to the document spelled as they
appear in the document. (List up to the first three)
WAVE-S

LEE KAR YIN
WAVE PTE. LTD.

2 Date of execution and/or
effective date of the
accompanying document     January   7 , 2013

3 Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

4 Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner

☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works

☐ Other _____

5 Title of first work
as given in the
document

6 Total number
of titles
in document          0

7 Amount of fee
calculated
$ 105.00

8 Fee
enclosed
☐ Check
☒ Money Order

9 Fee authorized to be charged to:
Copyright Office
Deposit Account number       080519

Account name  Jennigan & Shults, P.C.

9 Affirmation: I hereby affirm to the Copyright Office that the infor-
mation given on this form is true and correct representation of the
accompanying document. This affirmation will not suffice as a
certification of a photocopy signature on the document.
(Affirmation must be signed even if you are also signing Space
10.)

Signature
April 21, 2013
Date
(703) 415-1640
Phone Number          Fax Number

10 Certification: Complete this certification in addition to the Affirma-
tion if a photocopy of the original signed document is substituted for
a document bearing the actual signature.
NOTE: This space may not be used for an official certification.
I certify under penalty of perjury under the laws of the United
States of America that the accompanying document is a true copy of
the original document.

Signature
The WAVE Studio, LLC
Duly Authorized Agent          April 21, 2013

Name
Jennigan & Shults, P.C.     Attention: John Jennison, Esq.

Number/Street/Apt
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP
Arlington, VA 22202-3604

TWS0355824



V3629 D213

V3629 D213
Page 1

**DECLARATION OF DISSOLUTION OF WAVE-S AND TRANSFER OF COPYRIGHTS TO LEE KAR YIN, DECLARATION OF DISSOLUTION OF THE WAVE PTE. LTD. AND TRANSFER OF COPYRIGHTS TO LEE KAR YIN, DECLARATION OF CHANGE OF NAME OF THE WAVE DESIGN PTE. LTD. TO THE WAVE STUDIO PTE. LTD. AND THE TRANSFER OF ALL COPYRIGHTS AND NUNC PRO TUNC ASSIGNMENT OF COPYRIGHTS TO THE WAVE STUDIO, LLC.**

I, Lee Kar Yin, declare as follows:

1. I am the owner of THE WAVE STUDIO, LLC, a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601.

2. WAVE-S was a sole proprietorship and upon its dissolution the ownership of all copyrights was transferred to me.

3. THE WAVE PTE. LTD. was a private limited company and upon its dissolution the ownership of all copyrights was transferred to me.

4. THE WAVE DESIGN PTE. LTD. was a private limited company and upon its change of name all copyrights were transferred to The Wave Studio Pte. Ltd., a private limited company, which is exclusively owned by me.

5. By assignments recorded at the U.S. Copyright Office and this nunc pro tunc assignment all rights in the copyrights, including all world-wide rights, all derivative rights, all renewal rights, owned by me have been transferred to THE WAVE STUDIO, LLC.

6. I hereby request that the Documents Recordation Section of the U.S. Copyright Office record and index this Declaration so as to provide notice that the owner of the copyrights is THE WAVE STUDIO, LLC as a result of the above dissolutions and transfers of copyrights.

Executed in Singapore on January 7, 2013.

Lee Kar Yin, Owner
WAVE-S

Lee Kar Yin, Owner
THE WAVE PTE. LTD.

Lee Kar Yin, Owner
THE WAVE DESIGN PTE. LTD.

Lee Kar Yin, Owner
THE WAVE STUDIO PTE. LTD.

Lee Kar Yin, Owner
THE WAVE STUDIO, LLC

TWS0355825

V3629 D213
Page 2

# CERTIFICATE OF ACKNOWLEDGMENT OF
## EXECUTION OF AN INSTRUMENT

REPUBLIC OF SINGAPORE
(Country)

CITY OF SINGAPORE
(County and/or Other Political Division)

EMBASSY OF THE
(County and/or Other Political Division)

}  ss:

UNITED STATES OF AMERICA
(Name of Foreign Service Office)

I, Victoria A. McClearn, Consular Associate

of the United States of America at Singapore, Republic of Singapore

duly commissioned and qualified, do hereby certify that on this day of    01-07-2013 , before me personally appeared
Date (mm-dd-yyyy)

Lea Kar Yin

to me personally known, and known to me to be the individual described in, whose name    is    subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument    she

duly acknowledged to me that    she    executed the same freely and voluntarily for the uses and purposes,

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and
official seal the day and year last above written.

of the United States of America.

This document consists of  2  pages, including the Acknowledgement certificate.

NOTE: Whenever practicable all signatures to a document should be included in one certificate.

OF-175 (Formerly FS-88)
01-2000

TWS0355826

EXHIBIT "M"

TWS0355827



## CONFIRMATION OF ASSIGNMENT OF COPYRIGHT

KNOW ALL MEN BY THESE PRESENTS that, as reflected in the October 31,

2013, "Memorandum of Understanding and Ownership," Masano Kawana, a Japanese

citizen, and Ineeyes Pte. Ltd., a private limited company of Singapore, confirms the

assignment to Lee Kar Yin "Jr.," a citizen of Malaysia of all rights, titles and interest in

the photographs (collectively known as the "Works") that were created during 2000-2007

shoots, a true and correct copy of which is attached hereto as "Attachment A," the Works

include but are not limited to the copyright registrations which are listed on "Attachment

### MEMORANDUM OF UNDERSTANDING AND OWNERSHIP

This Memorandum of Understanding is made concerning the estate of Lee Kar Yin "Jr.", a citizen of Malaysia, with an address of 46 South Bridge Road #04-01 Kingly Building Singapore 059679 ("Assignee") as it pertains to Masano Kawana, a Japanese citizen with an address of 6 Woking Road #02-04 Singapore 138089 and Ineeyes Pte. Ltd., a private limited company of Singapore (collectively known as "Assignor"), and is intended to confirm the understanding of Assignor and Assignee concerning ownership of all rights and title to the photographs that were created during all of the 2000-2007 photographic shoots, including The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hoi An Vietnam, Sarosan Seri Negara Kuala Lumpur, The Chedi Milan, The Sarai Club Jimbaran Bali, The Heritage House Mendocino, Langsam Apartment Bangkok, 32B Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore (collectively known as the "Works") and assignments arranged, creatively conceived, made and produced by Assignee, from inception to completion, pursuant thereto and in connection therewith.

Whereas the intent of any and all prior agreements between Assignor and Assignee was that Assignor would have the right to use some of the Works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use; and

Whereas the effect and intent of any prior agreements between Assignor and Assignee was that the Works as well as the commercial and artistic rights created therein were exclusively owned by Assignee such that Assignor was employed by Assignee for the purpose of assisting with photographic shoots so as to create works made for hire by Assignor for Assignee and that the resulting works of Assignee and Assignor made thereby were, in fact, works made for hire by Assignor for Assignee for the sole purpose of assisting with photographic shoots directed and supervised by Assignee.

For valuable consideration, receipt of which is hereby acknowledged, Assignee hereby confirms that Assignor has the right to use the original Works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use or publication; and

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby confirms assignment to Assignee of all of Assignor's rights, title and interest worldwide, in the Works, together with any and all other rights and interests arising out of, and in connection with, or in relation to the Works, including derivative works.

TWS0355828

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

Volume _____  Document _____

Volume _____  Document _____

Date of recordation  M _____ D _____ Y _____
                     (assigned by Copyright Office)

Funds received _____

Privacy Act Notice: Sections 205 and 705 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. This information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright laws.

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS

To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.

1. First party name given in the document
   Masano Kuwana
   (surname followed by forenames of the most current party)

2. First title given in the document
   'The Wave Design Pic., Ltd. Photographs 2005(8) : Group Registration / Group  VA0001432332

3. Total number of titles in the document
   32

4. Return receipt requested
   ☐ If checked, please enclose a self-addressed postage-paid envelope.

5. Electronic title list enclosed
   ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

6. Amount of fee calculated
   _$795.00_

7. Fee enclosed
   ☐ Check        ☐ Money order
   ☑ Fee authorized to be charged to Copyright Office deposit account.
   Deposit account number  080519
   Deposit account name  Jennison & Shultz, P.C.

8. Completeness of document
   ☑ All attachments referenced in this document are included.
   ☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation (b) the attachment is not essential to the identification of the subject matter of the document and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

9. Certification of photocopied documents
   Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.
   NOTE: This space may not be used for documents that require an official certification.
   I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

   Signature _____  Date  May 18, 2015
   Duly authorized agent of  Lee Kee Yin "Jr."
   Name  Jennison & Shultz, P.C.

10. Return to
    Number/street  2001 Jefferson Davis Hwy.           Apt/suite  1102
    City  Arlington                     State  VA      Zip  22202
    Phone number  703-415-1640          Fax number  703-415-0788
    Email  John@TomsunLaw.com

SEND TO: Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000

INCLUDE ALL OF THESE TOGETHER (1) two copies of this form (2) payment from a deposit account or by check/money order payable to Register of Copyrights (3) your document (s) if a return receipt is requested, a self-addressed postage-paid envelope (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

Form DCS   Rev: 11/2014/2014   Printed on recycled paper

TWS0355829

<u>CONFIRMATION OF ASSIGNMENT OF COPYRIGHT</u>

KNOW ALL MEN BY THESE PRESENTS that, as reflected in the October 31, 2013, "Memorandum of Understanding and Ownership," Masano Kawana, a Japanese citizen, and Irieeyes Pte. Ltd., a private limited company of Singapore, confirms the assignment to Lee Kar Yin "Jr.," a citizen of Malaysia of all rights, titles and interest in the photographs (collectively known as the "Works") that were created during 2000-2007 shoots, a true and correct copy of which is attached hereto as "Attachment A," the Works include but are not limited to the copyright registrations which are listed on "Attachment B."

IN WITNESS WHEREOF, Lee Kar Yin "Jr.", with respect to all copyrights in and to the works, has caused this document to be executed on this _18_ day of May, 2015.

Lee Kar Yin "Jr."

By: _____

TWS0355830

ATTACHMENT A

## MEMORANDUM OF UNDERSTANDING AND OWNERSHIP

This Memorandum of Understanding is made concerning the estate of Lee Ker Yin "Jr", a citizen of Malaysia, with an address of 46 South Bridge Road #04-01 Kingly Building Singapore 058679 ("Assignee") as it pertains to Masano Kawana, a Japanese citizen with an address of 6 Woking Road #02-04 Singapore 138683 and Irieeyes Pte. Ltd., a private limited company of Singapore (collectively known as "Assignor"), and is intended to confirm the understanding of Assignor and Assignee concerning ownership of all rights and title to the photographs that were created during all of the 2000-2007 photographic shoots, including The Chedi Phuket, The Laki Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hoi An Vietnam, Cerosea Seri Negara Kuala Lumpur, The Chedi Milan, The Setai Club Jimbaran Bali, The Heritage House Mendoshio, Langsuan Apartment Bangkok, 32B Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore (collectively known as the "Works") and assignments arranged, creatively conceived, made and produced by Assignee, from inception to completion, pursuant thereto and in connection therewith.

Whereas the intent of any and all prior agreements between Assignor and Assignee was that Assignor would have the right to use some of the Works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use; and

Whereas the effect and intent of any prior agreements between Assignor and Assignee was that the Works as well as the commercial and artistic rights created therein were exclusively owned by Assignee such that Assignor was employed by Assignee for the purpose of assisting with photographic shoots so as to create works made for hire by Assignor for Assignee and that the resulting works of Assignor and Assignor made thereby were, in fact, works made for hire by Assignor for Assignee for the sole purpose of assisting with photographic shoots directed and supervised by Assignee.

For valuable consideration, receipt of which is hereby acknowledged, Assignee hereby confirms that Assignor has the right to use the original works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use or publication; and

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby confirms assignment to Assignee of all of Assignor's rights, title and interest worldwide, in the Works, together with any and all other rights and interests arising out of, and in connection with, or in relation to the Works, including derivative works.

Assignor represents and warrants that he has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

Assignor agrees, at the request of Assignee or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing all rights in the Works and to otherwise aid Assignee, or its heirs, assignees, or successors in enforcing Assignee's rights to the Works as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

In consideration of payment of Memorandum of Understanding by Assignee to Assignor, Assignor, with immediate effect, unconditionally and irrevocably waives, releases and discharges Assignee from all Claims. Both Assignor and Assignee confirm and agree that this is a full and final settlement of all potential claims and that there are no other outstanding invoices due and owing by Assignee to Assignor.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.

By _____    Date _01 october 2013_
Masano Kawana and Irieeyes Pte. Ltd.

By _____    Date _01 OCTOBER 2013_
Lee Ker Yin "Jr"

TWS0355831

ATTACHMENT B

| Title | Reg. No. | Date |
|---|---|---|
| The Wave Design Pte. Ltd. Photographs 2005 (B) : Group Registration / Published Photos – 394 Photographs. | VA0001482332 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2005 (B) : Group Registration, Published Photos – 380 photographs correction to claim VA0001482332 | VA0001482637 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2006 : Group Registration / Published Photos – 862 photographs | VA0001482330 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2007 (A) : Group Registration / Published Photos – 388 photographs | VA0001482326 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2007 (B) : Group Registration / Published Photos – 32 photographs | VA0001482327 | 2007 |
| The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) seta1429 - seta1803 | VAu001055458 | 2011 |
| The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) seta1804 - seta1958; seta1960 - seta11179 | VAu001055459 | 2011 |
| The Wave Pte., Ltd. Photographs 2005 (A) : Group Registration / Published Photos – 827 photographs. | VA0001482331 | 2010 |
| Wave-S photographs 2001. | VA0001482324 | 2010 |
| Wave-S photographs 2002. | VA0001482325 | 2010 |
| Wave-S Photographs 2002 (B) : Group Registration / Published Photos – 13 photographs | VA0001482386 | 2002 |
| (Wave-S Photographs 2002 ( C ) : Group registration/published photos – 6 photographs | VA0001438816 | 2002) |
| Wave-S Photographs 2002 ( C ) : Group registration / published photos – 6 photographs C.O. duplicate cancelled | VA0001917242 | 2002 |
| Wave-S Photographs 2002 - latul59 | VA0001857706 | 2002 |
| Wave-S Photographs 2003 : Group Registration / Published Photos – 189 | VA0001482328 | 2010 |
| Wave-S Photographs 2004 (B) | VA0001758524 | 2004 |

TWS0355832

1.

| | | | |
|---|---|---|---|
| Wave-S Photographs 2004 ( C ) – legian122 | | VA0001825431 | 2004 |
| Wave-S Photographs 2004 – chiangmai239. | | VA0001842230 | 2004 |
| Wave-S Photographs 2004 (D) – chefsclub141 | | VA0001825429 | 2004 |
| Wave-S Photographs 2004 › Group Registration / Published Photos – 462 photographs. | | VA0001432329 | 2010 |
| Wave-S unpublished setai959. | | VAu001060182 | 2004 |
| The Wave Design Pte. Ltd. – Unpublished setai1181 | | VAu001144751 | 2013 |
| The Wave Pte. Ltd. Unpublished setai 182. | | VAu001057927 | 2005 |
| The Wave Design Pte. Ltd. Unpublished setai0183 : 0184 | | VAu001060180 | 2005 |
| The Wave Design Pte. Ltd. Published legian 121. | | VA0001765854 | 2006 |
| The Wave Design Pte. Ltd. – Unpublished Photograph setai1180 | | VAu001110867 | 2005 |
| The Wave Design Pte. Ltd. – detai105 | | VA0001824376 | 2005 |
| The Wave Design Pte. Ltd. – detai104 | | VA0001825249 | 2005 |
| The Wave Design Pte. Ltd. detai106 correction to title VA0001825249 | CA | VA 0001488795 | 2013 |
| The Wave Design Pte. Ltd. – andaman067 | | VA0001825264 | 2005 |
| The Wave Design Pte. Ltd. – andaman068 | | VA0001825021 | 2005 |
| The Wave Design Pte. Ltd. – bkk018 – bkk025 | | VA0001842228 | 2007 |

2

TWS0355833

**Receipt**
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No.  1-13QSM5U

Date:  6/20/2016 3:13:06 PM

**Received**

| | | |
|---|---|---|
| Form(s): | 2 DCS | ☐ Search Report |
| Deposit Count: | | ☐ Search |
| Piece Count: | | ☐ Retrieval |
| Type of Deposit: | | ☐ Correspondence |
| Other Enclosures: | REQUEST FOR SPECIAL HANDLING | ☐ Inspection |
| Title: | THE WAVE DESIGN T., LTD. PHOTOGRAPHS | ☐ Photocopies |
| # of Additional Titles: | 2005 (B) GROUP REGISTRATION / GROUP | ☐ Additional Certificate |
| | VA 0001422332 | |
| | | ☐ Certification |
| Priority: | Special Handling | ☐ Secure Test Exam |
| # Of Documents: | 1 | Other |

Received From: JOHN N JENNISON ESP
2001 JEFFERSON DAVIS HWY SUITE 1102

ARLINGTON, VA 22202                                    Phone:

Representing:                                                    Phone:

Corresponding Id:

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fees | ☐ | Check: | |
| Fee to be Determined: | | Money Order: | |
| Base Fee: | $245.00 | Deposit Account: | 80519 |
| Special Handling Fee: | $550.00 | Deposit Account Name: | Jennison & Shultz PC |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $795.00 | Total Payment: | $795.00 |

**Special Handling**

Delivery Method:    Hold for Pick-Up         Contact:    JENNISON 703-415-1640
                                            Organization:

Picked Up By:
Date:

**Notes**

Received By:    LGRA

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

TWS0355834

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Wave-s Photographs 2001

Registration Number of the Basic Registration ▼
VA 1-432-324

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                     Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number                      Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ►  • Complete all applicable spaces (D-G) on the reverse side of this page.              DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355835

FORM CA RECEIVED                                    FORM CA

FUNDS RECEIVED DATE

EXAMINED BY                                         FOR
                                                    COPYRIGHT
CORRESPONDENCE ☐                                    OFFICE USE
                                                    ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☐ YES  ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of:  ☐ Part B or ☐ Part C                                        **D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                  ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of    Lee Kar Yin
                                                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                 9/4/2015

Handwritten signature (X) ▼

Certificate     Name ▼                                        YOU MUST:
will be         Sophie Cohen, Cobalt LLP                      • Complete all necessary spaces
mailed in                                                     • Sign your application in Space 8
window          Number/Street/Apt ▼                           SEND ALL ELEMENTS IN THE
envelope        918 Parker Street, Building A21               SAME PACKAGE:
to this                                                       1. Application form
address:        City/State/ZIP ▼                              2. Nonrefundable filing fee in check or
                Berkeley, CA 94710                               money order payable to Register of
                                                                 Copyrights
                                                             MAIL TO:
                                                             Library of Congress
                                                             Copyright Office-RACO
                                                             101 Independence Avenue SE
                                                             Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                U.S. Government Printing Office, 2011-xxx-xxx/xx,xxx

TWS0355836

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Wave-s Photographs 2002

Registration Number of the Basic Registration ▼
VA 1-432-325

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ►**    • Complete all applicable spaces (D-G) on the reverse side of this page.    **DO NOT WRITE HERE**
                       • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355837

|  | FORM CA RECEIVED | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**E**

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☒ duly authorized agent of    Lee Kar Yin
☐ owner of exclusive right(s)
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼
Vijay Toke

Handwritten signature (X) ▼
*[signature]*

Date ▼
9/4/2015

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

**G**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application Form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-VACO
101 Independence Avenue SE
Washington, DC 20559

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355838

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2007(A)

Registration Number of the Basic Registration ▼
VA 1-432-326

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B** Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4        Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number        Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of ____ pages

American LegalNet, Inc.
www.FormsWorkflow.com


TWS0355839

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of     Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke          9/4/2015

Handwritten signature (X) ▼
*Vijay [signature]*

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office-HACO
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full     Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355840

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



# Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|-----|-----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2007(B)

Registration Number of the Basic Registration ▼
VA 1-432-327

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2 _____    Line Heading or Description  Author

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the author.  The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007.  The reference to "employer for hire of Lee Kar Yin" was also incorrect.  Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F

DO NOT WRITE HERE

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355841

FORM CA RECEIVED

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B or ☐ Part C

Location and Nature of Incorrect Information in Basic Registration:

Line Number: 4          Line Heading or Description: Claimant

Incorrect Information as It Appears in Basic Registration: The Wave Design Pte. Ltd.

Corrected Information:      The Wave Studio PTE. LTD.

Explanation of Correction: An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of    The Wave Studio PTE. LTD.
                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RAC0
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355842

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**⊙ Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** Title of Work▼
Wave-s Photographs 2003

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VA 1-432-328 | 2010 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Wave-s (employer for hire of Masano Kawana) | WAVE-S |

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.      DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355843

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**Correspondence** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800     Fax ( 510 ) 295-2401     Email sophie@cobaltlaw.com

**Deposit Account** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Lee Kar Yin
                                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                               Date ▼
Vijay Toke                                            9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-TX/CO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form CA-Full  Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355844

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**ⓒ Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month ___ Day ___ Year ___

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work ▼
Wave-s Photographs 2004

Registration Number of the Basic Registration ▼
VA 1-432-329

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.LegalWorkFlow.com

TWS0355845

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

---

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Leo Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Date ▼
Vijay Toke                9/4/2015

Handwritten signature (X) ▼

---

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-NACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full    Rev: 10/2011    Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355846

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in this Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2006

Registration Number of the Basic Registration ▼
VA 1-432-330

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.          • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355847

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of  The Wave Studio PTE, LTD.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                        Date ▼
Vijay Toke                                                     9/4/2015

Handwritten signature (X) ▼
*Vijay T.*

Certificate will be mailed in window envelope to this address:

| |
|---|
| Name ▼ |
| Sophie Cohen, Cobalt LLP |
| Number/Street/Apt ▼ |
| 918 Parker Street, Building A21 |
| City/State/ZIP ▼ |
| Berkeley, CA  94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355848

Fees and other rates are subject to change. For
current fees, check the Copyright Office website
at www.copyright.gov, write the Copyright Office,
or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States
Code* authorizes the Copyright Office to collect the personally identifying
information requested on this form in order to process the applica-tion
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.

# Form CA
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work▼**
The Wave Design Pte. Ltd. Photographs 2005 (A)

**Registration Number of the Basic Registration ▼**
VA 1-432-331

**Year of Basic Registration ▼**
2010

**Name(s) of Author(s) ▼**
The Wave Pte. Ltd.

**Name(s) of Copyright Claimant(s) ▼**
The Wave Pte. Ltd.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 4 _____ Line Heading or Description Claimant

**Incorrect Information as It Appears in Basic Registration ▼**
The Wave Pte. Ltd.

**Corrected Information ▼**
Lee Kar Yin

**Explanation of Correction ▼**
An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of
registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

**MORE ON BACK ►** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355849

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-PACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355850

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide this information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month ___ Day ___ Year ___

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2005 (B)

Registration Number of the Basic Registration ▼
VA 1-432-332

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___    Line Heading or Description ___

Amplified Information and Explanation of Information ▼



MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages


American LegalNet, Inc.
www.USCourtForms.com

TWS0355851

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼        Date ▼
Vijay Toke            9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355852

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work▼
Wave-s Photographs 2002(B)

Registration Number of the Basic Registration ▼
VA 1-432-336

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                • See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



TWS0355853

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**Correspondence** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                        9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Berkeley, CA 94710 | MAIL TO: Library of Congress Copyright Office-RACO 101 Independence Avenue SE Washington, DC 20559 |

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full    Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355854

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼
The Wave Design Pte Ltd. Photographs 2005 (B)

Registration Number of the Basic Registration ▼
VA 1-432-637

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355855

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800      Fax ( 510 ) 295-2401      Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                       9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ |
| | 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ |
| | Berkeley, CA 94710 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-NACO
101 Independence Avenue SE
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355856

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Wave-s Photographs 2004(B)

Registration Number of the Basic Registration ▼
VA 1-758-524

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4                    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number                    Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.USCourtForms.com

TWS0355857

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

---

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant        ☒ duly authorized agent of    Lee Kar Yin
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼        Date ▼
Vijay Toke        9/4/2015

Handwritten signature (X) ▼
*Vijay To*

---

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355858

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**  Title of Work▼
The Wave Design Pte. Ltd, published legian121

Registration Number of the Basic Registration ▼
VA 1-765-854

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**  Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**  Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number    Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355859

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**E**

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☒ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                 9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space F<br>SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>MAIL TO:<br>Library of Congress<br>Copyright Office-FADO<br>101 Independence Avenue SE<br>Washington, DC 20559 |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | |
| | City/State/ZIP ▼ Berkeley, CA 94710 | |

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev. 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355860

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
The Wave Design Pte. Ltd. – datai105

Registration Number of the Basic Registration ▼
VA 1-824-376

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2          Line Heading or Description  Author

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number          Line Heading or Description

Amplified Information and Explanation of Information ▼



MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.  • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355861

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Date ▼
Vijay Toke    9/4/2015

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

**C**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full Rev: 10/2011 Printed on recycled paper    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355862

···yright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼

The Wave Design Pte. Ltd. - andaman068

Registration Number of the Basic Registration ▼
VA 1-829-021

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2 _____ Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                 • See detailed instructions.    • Sign the form at Space F.



Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355863

FORM CA RECEIVED                                    FORM CA

FUNDS RECEIVED DATE

EXAMINED BY                                         FOR
                                                    COPYRIGHT
CORRESPONDENCE ☐                                    OFFICE USE
                                                    ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
                                    ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                              Date ▼
Vijay Toke                                           9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8
**SEND ALL ELEMENTS IN THE
SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355864

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 5705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work▼
The Wave Design Pte. Ltd. - bkk018 - bkk025

Registration Number of the Basic Registration ▼
VA 1-842-228

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2 _____ Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.USCourtForms.com

TWS0355865

|  | FORM CA RECEIVED |  | FORM CA |
|---|---|---|---|
|  | FUNDS RECEIVED DATE |  |  |
|  | EXAMINED BY |  | FOR |
|  | CORRESPONDENCE ☐ |  | COPYRIGHT OFFICE USE ONLY |
|  | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO |  |  |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

D

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800       Fax ( 510 ) 295-2401       Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of  The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke          9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 9
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxxxxx/xx,xxx

TWS0355866

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803

Registration Number of the Basic Registration ▼
VAu 1-035-458

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


America LegalNet, Inc.
www.USCourtForms.com

TWS0355867

FORM CA RECEIVED | FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    **The Wave Studio PTE. LTD.**
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                          Date ▼
Vijay Toke                                                       9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office (ACD)
101 Independence Avenue SE.
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355868

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 – setai958; setai960 – setai1179

Registration Number of the Basic Registration ▼
VAu 1-055-459

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4         Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____         Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.          • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355869

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Date ▼
Vijay Toke    9/4/2015

Handwritten signature (X) ▼

**C**

Certificate will be mailed in window envelope to this address:
Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-NACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355870

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Pte. Ltd. unpublished setai 182

Registration Number of the Basic Registration ▼
VAu 1-057-927

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4                  Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Pte. Ltd.

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number                  Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.          DO NOT WRITE HERE
                 • See detailed instructions.  • Sign the form at Space F.

Page 1 of ____ pages



American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355871

| | FORM CA RECEIVED | | FORM CA |
|---|---|---|---|
| | FUNDS RECEIVED DATE | | |
| | EXAMINED BY | | FOR |
| | CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**E**

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼        Date ▼
Vijay Toke        9/4/2015

Handwritten signature (X) ▼

**G**

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-IACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355872

Copyright Office fees are subject to change. For
current fees, check the Copyright Office website
at www.copyright.gov, write the Copyright Office,
or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the applica-tion
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

The Wave Design Pte. Ltd. unpublished set a10183; 0184

Registration Number of the Basic Registration ▼

VAu 1-060-180

Year of Basic Registration ▼

2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The
Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio
PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355873

| | FORM CA RECEIVED | FORM CA |
|---|---|---|
| | FUNDS RECEIVED DATE | |
| | EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-FA50
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full Rev: 10/2011 Printed on recycled paper    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355874

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

Title of Work ▼
Wave-s unpublished setai959

Registration Number of the Basic Registration ▼
VAu 1-060-182

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
WAVE-s

Name(s) of Copyright Claimant(s) ▼
WAVE-S

---

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4        Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been Ms. Lee Kar Yin.

---

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ►    • Complete all applicable spaces (D-G) on the reverse side of this page.        DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of ____ pages


American LegalNet, Inc.
www.USCourtForms.com

TWS0355875

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☐ Part B or ☐ Part C

---

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                        9/4/2015

Handwritten signature (X) ▼

---

Certificate will be mailed in window envelope to this address:

| Name ▼ |
|---|
| Sophie Cohen, Cobalt LLP |
| Number/Street/Apt ▼ |
| 918 Parker Street, Building A21 |
| City/State/ZIP ▼ |
| Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-CACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 10/2011 Printed on recycled paper          U.S. Government Printing Office 2011-xxx-xxx/xx,xxx

TWS0355876

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Copyright Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
The Wave Design Pte. Ltd. – Unpublished setai1181

Registration Number of the Basic Registration ▼
VAu 1-144-751

Year of Basic Registration ▼
2013

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2          Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355877

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☐ Part B or ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP
Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of     The Wave Studio PTE. LTD.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke                                                    Date ▼ 9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-TXCO
101 Independence Avenue SE.
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full    Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355878

TWS0355878

# Receipt

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

No. 191295

Date 9/4/2015

## Received

☐ Not examined in information section

Form(s) 22 FORM CA (#2860)

Number of copies

Type of deposit copies

Document(s) 2 FORM DCS (#210)

Cover letter

Other enclosures

Refer to

## Services

☐ Search

☐ Photocopies

☐ Additional certificates

☐ Certifications

☐ Secure text exam

☐ Transfer to photoduplication

☐ Other (specify)

## Method of Payment

☐ Cash

☐ Check

☐ Money order

☑ Deposit acct # 55387        Amount:

☐ Credit card  Type:  Auth #:        Amount:

☐ No Fee

☐ Fee to be determined

☐ For connection

EIN:

Total Payment $ 3070.00

Received from MITCHELL SILBERBERG + KNUPP LLP   202-355-7900

Address 1818 N ST N.W. 8TH FLR

WASHINGTON DC  20036

Representing C/O PAM BURCHETTE        Phone  EXT. 7906

Received for the Register of Copyrights by ____

Title RE DOC: VA 1-432-324 WAVE-S PHOTOGRAPHS 2001

...and _____ others

Notes 22 FORM CA

SEE REVERSE FOR IMPORTANT INFORMATION

c-38  06/2004~15,000  Printed on recycled paper

TWS0355879

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

TWS0355880