# EXHIBIT 3







Firefox File Edit View History Bookmarks Tools Window Help
54% U.S. Mon 27 Apr 3:53 PM Lee Kar Yin
27/4/2020 3:53 PM
Booking.com: Hotels in Cavelo
The Leela Goa, Cavelossim
https://www.booking.com/hotel/in/the-leela-goa.en-gb.html?label=gen173nr-
67%
Booking.com
S$
List your property
Register
Sign in
Stays
Flights
Car rentals
Attractions
Airport taxis
We understand your travel plans may be affected by Coronavirus (COVID-19). Please check for travel restrictions before booking and travelling to an accommodation. Travel may be permitted only for certain purposes and in particular, touristic travel may not be allowed. For existing bookings, Contact the property you've booked or visit our Help Centre for support changing your reservation.
Home > All resorts > India Resorts > Goa Resorts > Cavelossim Resorts > The Leela Goa (Resort), Cavelossim (India) deals
Reserve
We Price Match
Info & prices
Facilities
House rules
The fine print
Guest reviews (718)
The Leela Goa
Great for two travellers
Beachfront · Private beach
Airport shuttle
Reserve
We Price Match
Mobor, 403731 Cavelossim, India – Excellent location – show map
Search
Destination/property name:
Cavelossim
Check-in date
Wednesday 9 September
Check-out date
Thursday 10 September
2 adults
No children
1 room
Search
Show on map
https://r-ak.bstatic.com/images/hotel/max400/342/34261055.jpg

Firefox File Edit View History Bookmarks Tools Window Help
42% U.S. Sat 30 Jan 1:46 AM Lee Kar Yin
American Airlines : Hotels in Ca
30/1/2021 1:46 AM
https://www.bookaahotels.com/searchresults.en-us.html?sid=80a08fc2788add50
90%
US$ U.S. Dollar
English (US)
American Airlines
Powered by Booking.com
Find deals
Destination inspiration
Manage my booking
Coronavirus (COVID-19) support
Home > India > Goa > Cavelossim > Search results
Search
Destination/property name:
Cavelossim
Check-in date
Sunday, August 8, 2021
Check-out date
Monday, August 9, 2021
1-night stay
2 adults
No children
1 room
I'm traveling for work
Search
Stay flexible with free cancellation. Read more.
Only show properties with free
AAdvantage
Book your hotel with us and earn up to 10,000 miles per night on select properties
Enter your AAdvantage® number when booking and receive miles in 6-8 weeks.
Cavelossim: 14 properties found
Nearby Beaches: Cavelossim Beach Mobor Beach
Map View
Our Top Picks
Entire homes & apartments
Price (lowest first)
Review Score & Price
Showing AAdvantage properties
The Leela Goa
Cavelossim Beach, Cavelossim · Show on map · 3.1 km from center
· Beachfront
Lagoon Terrace Room –
Hotel room
1 king bed
FREE cancellation
You can cancel later, so lock in this great price today!
Wonderful
712 reviews
9.2
1 night, 2 adults
US$186
includes taxes and charges
See availability
https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=366304&sid=80a08fc2788add5074e14caa3...276538413_2_0_0_1357000&srepoch=1611942375&srpvid=20cf7cf33b4e0083&ucfs=1&from=searchresults#hotelTmpl

Firefox File Edit View History Bookmarks Tools Window Help 40% U.S. Sat 30 Jan 1:49 AM Lee Kar Yin

American Airlines : Hotels in C… | The Leela Goa, Cavelossim – U…

**30/1/2021 1:48 AM**

https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=36630… 90%

Page Info — https://www.bookaahotels.com/hotel/in/the-leela-goa.en-us.html?aid=366304;sid=80a08fc2788add5074e14caa3954bd66;all_sr_blocks=25165401_276538413_2_0_0;checkin=2021-08-08...

General | Media | Permissions | Security

| Address | Type |
|---|---|
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261022.jpg?k=693977f345e881a3e3dd85fe5ae2216743a51cb926652078107631ba26a36931&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261043.jpg?k=18a147a0e6c3a46811aadbaf76efbf0327940f4c52527a596647ee56699d4203&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261051.jpg?k=3a44406142c88b49f1610d6e9ec637c401e177ada34f4bfa238936941473dceb&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261021.jpg?k=ab5f4eaff20a2aa7f4cde664f943070a70211f43f818919f2b1a8cbdd4d4c566&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/square60/34261037.jpg?k=ca6568f46c55cacee85298017f23a07c72f0abe336d82b42073ff4d1aed0b041&o= | Image |
| https://cf.bstatic.com/xdata/images/hotel/square60/34261041.jpg?k=c77c1d43df7a28136f8bf0b22db977b9d84a635b89dc71658cf9cb64462d360a&o= | Image |

Location: https://cf.bstatic.com/xdata/images/hotel/max1024x768/34261022.jpg?k=693977f345e881a3e3dd85fe5ae2216743a51cb926652078107631ba26a36931&o=
Type: JPEG Image
Size: 63.02 KB (64,529 bytes)
Dimensions: 1,024px × 680px (scaled to 413px × 274px)
Associated Text: Photo of Club Suite with 2 way Private Airport Transfer #3

Select All | Save As...

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

🔲 Check-in   🔲 Check-out

👥 2 adults
1 room

SEARCH

Home > Taiwan Hotels (99,582) > Nantou Hotels (1,007) > Book The Lalu, Sun Moon Lake

See all 1,007 properties in Nantou



SEE ALL 53 PHOTOS

"The food are really nice especially the Chinese restaurant -
everything tasted really good!"
Andre - September 3, 2017

Free Wi-Fi

# The Lalu, Sun Moon Lake ★★★★★
No.142, Zhongzing Rd., Sun Moon Lake, Nantou, Taiwan, 555 - SEE MAP

## Property highlights

🔑 Front desk [24-hour]
Hassle-free check-in

📍 Close to Yuchi Wenwu Temple
Within 670 m of property

## Wellness

Everything you need for a rejuvenating retreat for both body and spirit.

🧖 Spa & Beauty        🏋 Workout and Leisure
ᔥ Massage              ⊷ Fitness center
♨ Spa                  ⊷ Swimming pool [outdoor]

## Amenities

See all amenities

### Things you will love

🚇 400 meters to
public
transportation

🚗 Airport transfer

📍 Located in heart
of Nantou

📶 Free Wi-Fi in all
rooms!

### Available in all rooms
❄ Air conditioning
📺 Bathrobes

### Dining, drinking, and snacking
🍴 Grocery delivery
🍴 Restaurants

### Internet access
📶 Wi-Fi in public areas

### Things to do, ways to relax
⊷ Fitness center
♨ Hot tub

Excellent
/10 (474 reviews)

View 4 ●
Breakfast 1 ●
Food & Dining 1 ●

SEE MAP

9.4  ⊕ Exceptional
⊕ Location rating score
📍 Exceptional location
🏘 Popular neighborhood

🅿 Parking    FREE

### Popular landmarks
Yuchi Wenwu Temple                         670 m
Xiangshan Visitor Center⊗                  1.54 km
Formosan Aboriginal Culture Vil...         3.72 km
Chung Tai World Museum                    17.08 km
Xitou Nature Education Area               23.9 km
Xitou Monster Village⊗                     23.99 km
Hohuan Mountain (Hehuanshan)             28.5 km
Small Swiss Garden⊗                       32.23 km
Qingjing Veterans Farm⊗                   33.71 km
Alii Mountain (Alishan)                   40.11 km

### Nearby landmarks
Christian Church                          100 m
Hanbi Trail                               200 m
Maihe Garden                              210 m
Shuishui Pier                             320 m
Sun Moon Lake Butterfly Garden           370 m
Sun Moon Lake                             370 m
Shuishihe Visitors Center                 400 m

SEE NEARBY PLACES

BACK TO TOP ⇧

★ This is a popular property. Don't miss out!

Back to room choices | Dismiss

1/15



The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

2/25/2021

SEARCH

2 adults
1 room

Check-in      Check-out

Check-in

Q  The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

BACK TO TOP

Location rating          9.4

Nearest airport          Taichung Airport (RMQ)

Distance to airport      53.6 Km

Back to room choices  |  Dismiss

This is a popular property. Don't miss out!

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

▢ Check-in    ▢ Check-out    ☒ 2 adults / 1 room    ▼    SEARCH

BACK TO TOP ⇧

**Pool Villa**
⊞ Garden view
⊞ Balcony/terrace
🛏 1 double bed
Enter dates to see prices

**Lakeside Suite**
☐ Room size 83 m²/893 ft²
⊞ Partial lake view
🛏 1 double bed
Enter dates to see prices

**COURTYARD SUITE (ONE ROOM)**
☐ Room size 82 m²/883 ft²
⊞ Balcony/terrace
🛏 1 queen bed
Enter dates to see prices

**Lakeview Suite**
☐ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

**Double Room with Lake View**
☐ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

**Suite Lake View**
☐ Room size 83 m²/893 ft²
⊞ Lake view
🛏 1 double bed
Enter dates to see prices

**Suite Courtyard**
☐ Room size 83 m²/893 ft²
⊞ Garden view
🛏 1 king bed
Enter dates to see prices

**Lakeside Quadruple Room**
☐ Room size 122 m²/1313 ft²
🛏 2 single beds and 1 queen b...
Enter dates to see prices

**Quadruple Room with Lake View**
☐ Room size 122 m²/1313 ft²
🛏 2 single beds and 1 queen b...
Enter dates to see prices

**Double Room with Lake View**
☐ Room size 83 m²/893 ft²
🛏 1 queen bed
Enter dates to see prices

Back to room choices | Dismiss

## What people love about The Lalu, Sun Moon Lake

10.0 Exceptional
"This is definitely worthy, everything was wonderful."
Andrei | September...

10.0 Exceptional
"The ederlatje was very nice throughout our stay "

8.8 Excellent
"Comfy room with stunning view. Food is good too"
Wing | November 29...

This is a popular property. Don't miss out!

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



Q The Lalu, Sun Moon Lake

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

🛏 Check-in    🛏 Check-out    Check-in   Check-out

👥 2 adults
1 room

SEARCH

Bigger than
99 %  of Nantou properties

Better than
98 %  of Nantou properties

Better than
98 %  of Nantou properties

Better than
98 %  of Nantou properties

Better than
96 %  of Nantou properties

Up to 30% off with Agoda Insider Deals!
Prices drop the moment you sign in!

Sign in now ➤

BACK TO TOP ⌃

Overall rating:

8.9   Excellent
474 reviews

Cleanliness        9.1
Facilities         8.8
Location           9.4

Read all reviews >

What travelers say they love:

Highly recommended to have meal there if
you visit Sun Moon...

A reias from Hong Kong
Family with young children

Most talked about facilities

More about
The Lalu, Sun Moon Lake

Dating back to 1901, this 5-star hotel overlooking the mystical Sun Moon Lake was once the favorite
summer getaway of Taiwanese President Chiang Kai Shek. After being renovated, the contrasting light
and shadow details accentuate the hotel's sleek, minimalist décor, creating a mood enhancing Zen
experience. Choose from a suite or get a courtyard villa with its own private swimming pool attached.
All the rooms are elaborately designed and feature Bose stereo systems and Asian flourishes. Some
rooms come come with stone fireplaces, and the balconies are adorned with bonsai trees.

Show less ▲

🍴 Food & Dining      📷 View          🍽 Breakfast       🏊 Swimming Pool
6 mentions          6 mentions       4 mentions         1 mention

This is a popular property. Don't miss out!

Back to room choices  |  Dismiss

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



9.6 | Exceptional

Kiri |
December
23, 2018

Rooms  Facilities  Reviews  Children and extra beds  Check-in  Check-out  Map  Check-in  Check-out

The Lalu, Sun Moon Lake

English                  Chinese (Mandarin)        Japanese

**Accessibility**
🛗 Elevator              ♿ Facilities for disabled gues...   ♿ Wheelchair accessible

**Internet access**
📶 Free Wi-Fi in all rooms!   📶 Wi-Fi in public areas

**Things to do, ways to relax**
🏋 Fitness center        💆 Massage                ♨️ Swimming pool (outdoor)
♨ Hot tub               💆 Spa                    🚶 Tours

**Dining, drinking, and snacking**
🛒 Grocery delivery      🍴 Restaurants            🛎 Room service

**Services and conveniences**
🛎 Concierge            🧺 Laundry service         🚭 Smoke-free property
🧹 Daily housekeeping    🧳 Luggage storage         🚬 Smoking area
🧼 Dry cleaning         🐾 Pets allowed           🛎 Front desk [24-hour]
🔒 Safety deposit boxes

**Getting around**
🚌 Airport transfer      🚌 Shuttle service         🅿️ Valet parking
🅿️ Car park [free of charge]  🚕 Taxi service

**Available in all rooms**
❄ Air conditioning       💨 Hair dryer             🚿 Separate shower/bathtub
🧥 Bathrobes            📶 Internet access – wireless  🚿 Shower
🛁 Bathtub              📶 LAN Internet in room [free]  🩴 Slippers
🪟 Blackout curtains     🛏 Linens                 ☎ Telephone
👔 Clothes rack         🍸 Mini bar               🧴 Toiletries
☕ Complimentary tea     🪞 Mirror                 🧻 Towels
🖥 Desk                🚭 Non-smoking            📶 Wi-Fi [free]
💧 Free bottled water    🧊 Refrigerator           ☕ Free instant coffee
📺 Satellite/cable channels

Show less ▲

**Nearest essentials**

🛫 **Airports**
Taichung Airport (RMQ)    Chiayi Airport (CYI)
53.6 km  🚗 1.2 hours     68.7 km

🚌 **Public transportation**
Shuttle Visitor Center Bus   Jiji Train Station
Station                    13.3 km
410 m

🏥 **Hospital or clinic**
Puli Christian Hospital
12.5 km

🏪 **Convenience store**

This is a popular property. Don't miss out!

Back to room choices | Dismiss

SEARCH

👥 2 adults
1 room ▼

BACK TO TOP ⌃

Q The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

🛏 Check-in    🛏 Check-out    ▸    👤 2 adults 1 room    SEARCH

BACK TO TOP ⇧

Distances shown are straight-line distances on the map. Actual travel distances may vary.

Show less ▲

What's nearby

**Popular landmarks**

Yezhi Wenwu Temple - 670 m

Xiangshan Visitor Center - 1.54 km

Formosan Aboriginal Culture Village - 3.72 km

Chung Tai World Museum - 17.08 km

Xitou Nature Education Area - 23.9 km

Xitou Monster Village - 23.99 km

Hehuan Mountain (Hehuanshan) - 28.5 km

Small Swiss Garden - 32.23 km

Cingjing Veterans Farm - 33.71 km

Ali Mountain (Alishan) - 40.11 km.

**Nearby landmarks**

Christian Church - 100 m

Hanbi Trail - 200 m

Meihe Garden - 210 m

Shezhui Pier - 320 m

Sun Moon Lake Butterfly Garden - 370 m

Sun Moon Lake - 370 m

Shueishe Visitors Center - 400 m

Shueishe Visitor Center Bus Station - 410 m

Longfeng Temple - 520 m

Sun Moon Village Shueiwatou Trail - 550 m

Distances shown are straight-line distances on the map. Actual travel distances may vary.

Show less ▲

This is a popular property. Don't miss out!

Back to room choices   |   Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

🔍 The Lalu, Sun Moon Lake    📺 Check-in    📅 Check-out    👥 2 adults / 1 room    ▼    SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

BACK TO TOP ⬆

| | | |
|---|---|---|
| 🐾 | Infant 0-1 year(s) | **Stay for free if using existing bedding.** Baby cot/crib available upon request |
| 🧒 | Children 2-11 year(s) | **Stay for free if using existing bedding.** Extra beds may be requested directly from this property; additional charges may apply |
| 🧑 | Guests 12 years and older are considered as adults | Extra beds may be requested directly from the property; additional charges may apply |

**Others**

- Pets are strictly prohibited at the property, with the exception of guide dogs.
- Maximum children allowed per room is 1.
- Children under 3 years old will receive a meal free of charge.
- Children 4-11 years old will be charged TWD 429 for breakfast per day.
- Airport transfer is available at an additional charge, with additional conditions. Please contact the property for more details in advance.
- When booking more than 5 rooms, different policies and additional supplements may apply.

Extra beds, if available, are dependent on the room you choose. Please ask the property for more details.

⬜ ASK THE PROPERTY

Show less ▲

## Some helpful facts

**Check-in/Check-out**

🚪 Check-in from: 03:00 PM
🚪 Check-out until: 12:00 PM

**The property**

🚭 Non-smoking rooms/floors: Yes
🍸 Number of bars/lounges: 1
🏢 Number of floors: 8
🍽 Number of restaurants: 5
🛏 Number of rooms: 96
🔌 Room voltage: 110 / 220
🏨 Year property opened: 2002
🔨 Most recent renovation: 2011

Show less ▲

## Compare to other recommended properties

*This is a popular property. Don't miss out.*



The Lalu, Sun Moon Lake    Fleur De Chine Hotel    西湖渡假村/Canllive    The Crystal Resort Sun Moon
★★★★★                      ★★★★★                                        Lake
                                                                       ★★★★★

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

2/25/2021

Q  The Lalu, Sun Moon Lake

☒ Check-in    ☒ Check-out    ☒ 2 adults / 1 room    ►    SEARCH

| Neighborhood | Sun Moon Lake | Rooms | Facilities | Reviews | Sun Moon Lake | Children and extra beds | Yuchi Township | Map | Check-in | Sun Moon Lake | BACK TO TOP Ⓠ |

Select dates

View property    View property    View property    View property

## Reviews of The Lalu, Sun Moon Lake from real guests ⓘ

**AGODA REVIEWS (474)**     ADDITIONAL REVIEWS (298)

Provided by verified guests of

| | | | | |
|---|---|---|---|---|
| **8.9**/10 | Cleanliness | 9.1 | Facilities | 8.8 |
| | Location | 9.4 | Room comfort and quality | 9.4 |
| **Excellent** | Service | 9.3 | Value for money | 8.1 |
| ● From 474 reviews | | | | |

High score for Nantou

**Rating**
- 9+ Exceptional (175)
- 8-9 Excellent (77)
- 7-8 Very Good (35)
- 6-7 Good (10)
- <6 Below Expectation (10)

**Time of the year**
- Mar - May (75)
- Jun - Aug (89)
- Sep - Nov (83)
- Dec - Feb (68)

🔆 Don't miss out! Users are booking a place in **Nantou** every 1 minutes on Agoda.com

| ☒ All guests (474) | ► | 🏛 All room types | ► | ⊕ All languages | ► |
| Food & Dining (6) | | View (6) | | | |

Show reviews that mention:  All reviews   chinese restaurant (10)   lake view (7)
Breakfast (4)   Swimming pool (1)

Sort by  Most helpful  ⌄

Showing 315 verified guest comments

⊘  1  2  3  4  5  ⊙

**10.0  Exceptional**

☒ KENNETH from United States
🛏 Couple
🏠 Lakeside Suite
📅 Stayed 3 nights in July 2017

## "Wonderful experience"

Lalu has the best location overlooking Sun Moon Lake. Facilities and staffs are both very nice. The Spa is a bit pricey but offers great services and wonderful massage and great view over the lake. It's both relaxing and romantic. Few things that we were not so impressed by are cooking at the Chinese restaurant at Building B is so amature and no where close to the overall standard of Lalu; we booked from Avoca and asked for higher level in the building. With the hotel less than a third full, we were placed in a room close to bottom of the building and had to suffer interruption to our view of the Lake.

Reviewed July 09, 2017

Did you find this review helpful?  YES  |  NO

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



Q The Lalu, Sun Moon Lake          📅 Check-in     📅 Check-out     Map    Check-in          👥 3 adults     SEARCH
                                                                                               1 room

Rooms    Facilities    Reviews    Children and extra beds

BACK TO TOP ⇧

☐ Couple
▦ Suite Lake View
☐ Stayed 2 Nights in May 2012

It was such a treat for the senses to stay at the lalu, calming, soothing, and quiet with every detail, from the architecture to the service. In our opinion, the best way to enjoy sun moon lake is from the massive patio of one of lalu's lakeview suites, things that stand out... our very warm welcome to the hotel nearly put me in tears by the time we were guided to our room to see this unbeatable view of the lake, music created especially for the hotel, the old bonsai tree on our patio, viewing and listening to the rain, very comfortable bed, borrowed art books from their library, hot bath overlooking lake from suite, cool dip in the heated infinity pool, delicious dinner at their western restaurant (we were told, headed by a canadian chef), a kind send off before we were shuttled back to the bus station.

Reviewed May 23, 2012

Did you find this review helpful?  YES | NO

**"Fabulous!"**

10.0 Exceptional

Andes from Hong Kong
⊕ Family with young children
▦ Lakeside Suite
☐ Stayed 1 night in August 2017

This is definitely worthy, everything was wonderful. Spectacular Sun Moon Lake view from the room. The food are really nice especially the Chinese restaurant - everything tasted really good! Highly recommended to have meal there if you visit Sun Moon Lake. The only downside, they restricted you to wear a swimming cap (if you wanted to go into the swimming pool (even though you will not-wet your hair but just wanted to snap some photos in the pool)., otherwise, we had great time there. The SPA is superb also.

Reviewed September 04, 2017

Did you find this review helpful?  YES | NO

**"The ultimate Sun Moon Lake experience"**

9.3 Exceptional

Kenneth from Taiwan
⊕ Family with young children
▦ Suite Lake View
☐ Stayed 1 night in November 2014

● Best view of the lake, modern zen architecture, service level

Everything is perfect, no complaints at all, and the children would love to come back. It's a bit pricey (around US$600 including additional child with breakfast) but commensurate to the ultimate sun moon lake experience. It's a hotel most Taiwanese people would like to visit, I think the Lalu lived up to its name.

Reviewed November 05, 2014

Did you find this review helpful?  YES | NO

This is a popular property. Don't miss out!

Back to room choices | Dismiss

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews



2/25/2021

10/15

Q The Lalu, Sun Moon Lake    Check-in    Check-out    Map    Check-in    2 adults 1 room    SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

BACK TO TOP

☐ Family with young children
🛏 Suite Lake View
🛏 Stayed 1 night in November 2012

The Lalu must be the nicest hotel at Sun Moon Lake. Not only we are facing a good view from the room, the interior of the hotel is nicely decorated too. We had dinner at the Chinese restaurant, & the food & service is 5 star! Wished the price is lower.

Reviewed December 01, 2012

Did you find this review helpful? YES | NO

9.6 Exceptional
Damiano from Taiwan
☐ Couple
🛏 Suite Courtyard
🛏 Stayed 1 night in August 2016

"Dreamy place"

Probably the best place to experience Sun Moon Lake. Choose Lalu for: - tranquillity / peaceful environment - amazing breakfast buffet - feel the lake belongs to you only

Reviewed November 18, 2016

Did you find this review helpful? YES | NO

8.7 Excellent
Lay from Singapore
☐ Couple
🛏 Suite Lake View
🛏 Stayed 1 night in December 2014

"Fabulous view and hotel"

👍 Location, great view, best room and balcony

Best in sun moon lake area in terms of location and hotel comfort. Views are fabulous as it's just at the lake. Throw in a nice room with a fabulous balcony! Only suggestion is to change the lounge chairs in the room for a more comfortable sofa. We dined at the Chinese restaurant which is nothing to shout about for the price. This hotel is highly recommended

Reviewed December 26, 2014

Did you find this review helpful? YES | NO

9.3 Exceptional
Wai from Hong Kong
☐ Group
🛏 Suite Lake View
🛏 Stayed 1 night in December 2012

"it is just wonderful"

👍 Luxury 5-star hotel. Nice Sun Moon Lake view. Very nice service.

The experience is just wonderful. View of Sun Moon Lake is extremely perfect. The bed is comfortable. Hotel staff are very nice and they explained the facilities of the hotel clearly. Room is very large. Overall it's just amazing.

Reviewed January 01, 2013

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out!

Back to room choices | Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

🗓 Check-in    🗓 Check-out    👤 2 adults / 1 room    ▸    SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in    BACK TO TOP ⌃

☐ Couple
🛏 Suite Lake View
📅 Stayed 3 nights in December 2012

Great thanks to all the staff at the Lalu which made our honeymoon stay so memorable. We were not able to book in advance but managed to secure a last minute booking and the staff were able to provide us with an amazing lake view suite with a fireplace and also cake to celebrate! Karen who was at the desk was also extremely resourceful and managed to help me purchase a battery charger + SD card which I left at home in my rush to pack while off duty. Truly the staff went out of their way to make us feel welcome.

Reviewed December 28, 2012

Did you find this review helpful? YES | NO

**8.3** Excellent

freng6v from Indonesia
☐ Couple
🛏 Suite Lake View
📅 Stayed 1 night in March 2014

"good food, good laugh, good sleep"

🟢 location, view and surroundings

spacious room, great view, tentative staffs, great foods, would visit Sun Lake Moon again and definitely stay at The Lalu Hotel again.

Reviewed March 20, 2014

Did you find this review helpful? YES | NO

**7.7** Very good

Nyak from Brunei Darussalam
☐ Couple
🛏 Suite Lake View
📅 Stayed 1 night in July 2012

"Fantastic architecture with picture perfect views"

🟢 Great design that fit in to the surrounding, spectacular views, friendly service

excellent choice for short romantic escape. well designed room with the perfect balcony to enjoy the beautiful sun moon lake. nice furnishings include bose sound system.  had dinner at chinese restaurant, nothing spectacular. the breakfast buffet was much much better. don't forget to go for a nice scenic walk on the hanningfield trail.

Reviewed July 23, 2012

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out!

Back to room choices | Dismiss





Q The Lalu, Sun Moon Lake          [ ] Check-in    [ ] Check-out

Rooms   Facilities   Reviews   Children and extra beds   Map   Check-in

8 2 adults
1 room

SEARCH

BACK TO TOP ↑

From the hotel, one can walk up to the stunning view of Sun Moon Lake. The hotel is beautifully designed in most areas, except the Chinese restaurant which looked quite ordinary. But food was tasty. The hotel is within walking distance from the town which has some good local restaurants. The downside of the hotel is that the windows are not sealed completely so the noise of nature (insects, birds) may wake you up before sunrise and mosquitos are seen in the room.

Reviewed June 14, 2014

Did you find this review helpful? YES | NO

**"Isaac Kwan"**

☺ 1. Unbeatable view of the lake. 2. Great service. 3. Great Facilities

The Lalu hotel itself is a destination. I only stayed for one night and wish to stay longer. Service is excellent and that's not much I can complain. If really have to say something for improvement it will be there isn't too much choice for food for solo travellers.

Reviewed July 16, 2015

**9.0** Exceptional
Isaac Kwan from Hong Kong
☺ Solo traveler
🏨 Suite Lake View
📅 Stayed 1 night in July 2015

Did you find this review helpful? YES | NO

**"Best hotel in sun moon lake"**

☺ Unique design, quiet, best location

One of the best hotel in sun moon lake, best location to look over lake view. Despite the hotel is older, need maintain, but still one of the best in Taiwan.

Reviewed June 25, 2013

**7.7** Very good
Tsanwan from Canada
☺ Couple
🏨 Suite Lake View
📅 Stayed 1 night in June 2013

Did you find this review helpful? YES | NO

**"Luxury, Great Service and breathtaking scenery"**

Unspoilable but only place to stay in Sun Moon Lake

Reviewed November 22, 2016

**10.0** Exceptional
KASITAD from Thailand
☺ Couple
🏨 Lakeside Suite
📅 Stayed 2 nights in November 2016

Did you find this review helpful? YES | NO

☺ Couple
🏨 Suite Lake View
📅 Stayed 2 nights in June 2014

This is a popular property. Don't miss out!          Back to room choices | Dismiss

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

📷 Check-in    📷 Check-out

👥 2 adults
1 room

▸    SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

BACK TO TOP ⟰

☐ Family with teens
🛏 Lakeside Suite
📅 Stayed 1 night in April 2016

Reviewed April 06, 2016

Did you find this review helpful? YES | NO

**8.3** Excellent

Edwin from Singapore
👥 Couple
📅 Stayed 1 night in July 2008

**"Excellent - Lalu Sun Moon Lake"**

✅ View, room, spa and the whole hospitality.

🙁 Far from the city.

The hotel premises is huge, with different sections. The reception area has one of the breathtaking views. My room has the lake view, it was spacious, the adjoining toilet/bath was excellent. The balcony overlooks the lake. We tried the spa and its facility was excellent. They have a number of baths ranging from hot to cold. BF was alright, although we didn't have dinner there.

Reviewed December 22, 2008

Did you find this review helpful? YES | NO

**9.6** Exceptional

Kin from United Kingdom
👨‍👩‍👧 Family with young children
🛏 Suite Courtyard
📅 Stayed 2 nights in December 2018

**"Exceptionally pretty. Stunning views of lake. Excellent designs throughout the hotel."**

Great infinity pool looking across the lake. In December at least when we stayed there were beautiful views of sunrise and sunset. Excellent breakfast with wide selection and great quality. Expensive, but worth it for at least once. Probably the best hotel I've stayed at.

Reviewed December 23, 2018

Did you find this review helpful? YES | NO

**10.0** Exceptional

Ting from Singapore
👥 Couple
🛏 Suite Lake View
📅 Stayed 1 night in December 2018

**"The best"**

Friendly staff, great food (Jap restaurant), unbeatable view especially during sunrise. This is the hotel to stay for the view. Choose the correct rooms to enjoy the view though. Lake view room.

Reviewed December 25, 2018

Did you find this review helpful? YES | NO

This is a popular property. Don't miss out.

Back to room choices | Dismiss

2/25/2021

The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

14/15



Q The Lalu, Sun Moon Lake

📅 Check-in    📅 Check-out    ▾    👥 2 adults    1 room    SEARCH

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

□ Couple
🛏 Lakeside Suite
📅 Stayed 1 night in February 2017

Reviewed March 01, 2017

Did you find this review helpful?  YES  |  NO

◐  ◁  1 | 2 | 3 | 4 | 5  ◑

Check in. Step out.
Experiences on Agoda. Because your room is just the beginning.

★ Exceptional location

📍 Yuchi Wenwu Temple

📍 Shueishe Visitor Center Bus Station is within 0.41 km

SHOW EXPERIENCES

The Lalu, Sun Moon Lake
★★★★★ | Excellent 8.9

BACK TO TOP

## Top destinations

|  |  |  |
|---|---|---|
| United States | Malaysia | Indonesia |
| Philippines | India | Singapore |
|  | Thailand | United Arab Emirates |

This is a popular property. Don't miss out!

| Help | About us | Destinations | Partner with us | Get the app |
|---|---|---|---|---|
| Help center | PointsMAX | Countries/Territories | YCS partner portal | iOS app |
| FAQs | Careers | Cities | Partner solutions | Android app |
| Privacy policy | Press | | Affiliates | |
| | Blog | | | |

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html

Back to room choices  |  Dismiss



The Lalu, Sun Moon Lake Hotel (Nantou) - Deals, Photos & Reviews

Q The Lalu, Sun Moon Lake

Rooms    Facilities    Reviews    Children and extra beds    Map    Check-in

Check-in    Check-out    2 adults 1 room    SEARCH

BACK TO TOP

This is a popular property. Don't miss out!    Back to room choices | Dismiss

https://www.agoda.com/the-lalu-sun-moon-lake/hotel/nantou-tw.html















Firefox File Edit View History Bookmarks Tools Window Help
Mon 27 Apr 2:29 PM Lee Kar Yin
27/4/2020 2:28 PM
Agoda | Hotels in Langkawi
https://www.agoda.com/search?asq=NQVGXW6jsE3IbdY9S%2BqUCIKKfSolg
90%
Langkawi
535 choices
9 Sep 2020
Wednesday
10 Sep 2020
Thursday
2 adults
1 room
SEARCH
Filter
Popular
Your budget
Stars
Location
More
What are you looking for?
325 reviews
Price per night as low as
SGD 915
Save more
Langkawi
Malaysia
Bundle deals
Special offers
Free cancellation
The Andaman, a Luxury Collection Resort, Langkawi
Datai Bay Area, Langkawi - Show on map
Excellent location
Breakfast
Free cancellation
Pay later
Recommended by 91% of guests
See all
Excellent
2,341 reviews
8.5
ONLY 5 LEFT
MEGA SALE
Price per night as low as
676
SGD 214
FREE CANCELLATION
Get instant access to cheaper prices just by signing in.
Our Insider Deals can save you up to 30% more!
SIGN IN - IT'S EASY!
Breakfast included
Four Seasons Resort Langkawi, Malaysia
Tanjung Rhu, Langkawi - Show on map
Excellent location
Breakfast
Free cancellation
Pay at the hotel
+1
Lowest price includes
Free cancellation
Free breakfast
Recommended by 95% of guests
See all
Exceptional
325 reviews
9.0
19% OFF TODAY
Price per night as low as
1,127
SGD 915
FREE CANCELLATION

Firefox File Edit View History Bookmarks Tools Window Help 60% U.S. Sat 16 Jan 11:35 AM Lee Kar Yin

HSBC Singapore | Travel | 7% o

**16/1/2021 11:35 AM**

https://cardpromotions.hsbc.com.sg/online/agoda-hnaglobal 67%

HSBC Lunar New Year ENTERTAINER with HSBC Dining Travel & Staycay Online Lifestyle Petrol

home&Away

Apply for a card

Agoda

Extra 7% off hotel bookings worldwide

Additional 7% off hotel bookings worldwide

See more

Until Date 31 December 2021

https://www.agoda.com/hna

https://www.agoda.com/hna

Firefox File Edit View History Bookmarks Tools Window Help
60% U.S. Sat 16 Jan 11:37 AM Lee Kar Yin
HSBC Singapore | Travel | 7%
agoda.com/search?asq=eOWW
16/1/2021 11:36 AM
https://www.agoda.com/search?asq=eOWW7HMLvD5fE%2FYpZk9uCfjJ5q8By
90%
agoda
HSBC
List your place
$
Sign in
Create account
Miami Beach (FL)
568 choices
22 Feb 2021
Monday
23 Feb 2021
Tuesday
2 adults
1 room
SEARCH
Filter
Popular
Your budget
Stars
Location
More
What are you looking for?
SEE MAP VIEW
View a map of Miami Beach (FL)
Hurry! 58% of properties on our site are fully booked!
Rooms in Miami Beach (FL) are in high demand on your selected dates. Reserve yours now before prices go up.
SORT:
BEST MATCH
LOWEST PRICE FIRST
DISTANCE
TOP REVIEWED
SECRET DEALS
These properties were selected just for you.
Private stays
Serviced apartment
Family Friendly
I want free breakfast
Book without credit card
Excellent choice! Book now to secure your room at the lowest guaranteed price.
The Setai, Miami Beach
South Beach, Miami Beach (FL) - View on map
Exceptional
109 reviews
9.1
Breakfast
Free cancellation
Promo Eligible
Total price per night
$846
See all
Select room
Recommended for you in Miami Beach (FL)
Fontainebleau Miami Beach
8.0
Excellent
https://www.agoda.com/the-setai-miami-beach_4/hotel/miami-beach-fl-us.html?finalPriceView=2&isShowMobileA...=false&currencyCode=USD&isFreeOccSearch=false&los=1&searchrequestid=09398d59-f589-4ead-ac55-005921738316

Firefox File Edit View History Bookmarks Tools Window Help
59% U.S. Sat 16 Jan 11:37 AM Lee Kar Yin
HSBC Singapore | Travel | 7%
agoda.com/search?asq=eOWW
16/1/2021 11:36 AM
https://www.agoda.com/search?asq=eOWW7HMLvD5fE%2FYpZk9uCfjJ5q8By
90%
VA 1-432-331
setai127
Property overview
Air conditioning
Mini bar
Nearby Attraction
Collins Avenue 570 m
Holocaust Memorial 780 m
Española Way 1.15 km
Lincoln Road Mall 1.16 km
Dining, drinking and snacking
Coffee/tea maker
Free bottled water
Mini bar
50/60
All (60)
Rooms (12)
Other (48)
View property
https://www.agoda.com/the-setai-miami-beach_4/hotel/miami-beach-fl-us.html?finalPriceView=2&isShowMobileA...=false&currencyCode=USD&isFreeOccSearch=false&los=1&searchrequestid=09398d59-f589-4ead-ac55-005921738316

Firefox File Edit View History Bookmarks Tools Window Help
90% U.S. Sun 3 Nov 11:17 PM Lee Kar Yin
3/11/2019 11:17 PM
Alaska Airlines Hotels: Hotel d
https://www.alaskaair.com/hotels/details?id=234617&region=44198&q
90%
Page Info – https://www.alaskaair.com/hotels/details?id=234617&region=44198&query=Yuchi,%20Yuchi%20Township,%20Nantou%20County,%20Taiwan&latitude=23.896528&longitude=120.938223&c...
General Media Permissions Security
Address
Type
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605253.jpg%253Fk%253D359d...
Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F7884334.jpg%253Fk%253Dc6f5da...
Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605151.jpg%253Fk%253De6ba3...
Image
https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F31614852.jpg%253Fk%253D7a524...
Background
Location: https://res.cloudinary.com/rocketmiles/image/fetch/w_755,h_390,c_fill/https%3A%2F%2Fq-xx.bstatic.com%2Fxdata%2Fimages%2Fhotel%2Fmax500%2F59605151.jpg%253Fk%253De6ba39696a7e9a6a402eec073032
Type: JPEG Image
Size: 63.41 KB (64,929 bytes)
Dimensions: 755px × 390px
Block Images from res.cloudinary.com
Media Preview:
Select All
Save As...

Firefox File Edit View History Bookmarks Tools Window Help
54% U.S. Mon 27 Apr 3:54 PM Lee Kar Yin
27/4/2020 3:53 PM
Booking.com: Hotels in Cavelo
The Leela Goa, Cavelossim – U
https://www.booking.com/hotel/in/the-leela-goa.en-gb.html?label=gen173nr-
67%
Booking.com
S$
List your property
Register
Sign in
Stays
Flights
Car rentals
Attractions
Airport taxis
We understand your travel plans may be affected by Coronavirus (COVID-19). Please check for travel restrictions before booking and travelling to an accommodation. Travel may be permitted only for certain purposes and in particular, touristic travel may not be allowed. For existing bookings, Contact the property you've booked or visit our Help Centre for support changing your reservation.
Info & prices
Facilities
House rules
The fine print
Reserve
We Price Match
The Leela Goa
Great for two travellers
Beachfront · Private beach
Airport shuttle
Mobor, 403731 Cavelossim, India – Excellent location – show map
Search
Cavelossim
Wednesday 9 September
Thursday 10 September
2 adults
No children
1 room
Search
Show on map
Google
https://q-ak.bstatic.com/images/hotel/max400/342/34261089.jpg
nearby

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

9/6/2020  10:31 PM    Tue 9 Jun 10:31 PM  U.S.

Goa Hotels: 08/08 - 08/09 | P  ×    The Leela Goa - Priceline.com  ×    Page Info - https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pcInId...  +

https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pcInId=868EB50C0C37B721DF53CF75584ADCBB1020957IDCA812B2B02554EAA6A9E/F77F43B730F9...

General  Media  Permissions  Security

| Address | Type |
|---|---|
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261022.jpg?k=6939771345e881a3e3ddd85fe5ae2216743a51cb9266520781076031ba26a36931&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261043.jpg?k=18a147a0e6c3a46811aadbaf76efbf0327940f4c52527e596647ee5669042033&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261021.jpg?k=ab5f4eaf20a2aa7f4cde66419430770a7021114318189192bha8cbdd4d4c5668o= | Image |
| https://pix6.agoda.net/hotel/images/437/43797/43797181203172100708067B.jpg?s=800x | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/85996407.jpg?k=a771a0c2b2f6a8a67a793856ac74a06a63c40d716d9e9f43693a1cb7ad0e531&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/14197437.jpg?k=fda72a690d1981c84a29a2122a51ec2b9db2029acfbd6f72395d88a0754cdfe9&o= | Image |
| https://q-xx.bstatic.com/xdata/images/hotel/max500/34261087.jpg?k=a76445ea93b5b71e8daf8cef2d2f92c8028845a7bcfd1e6ad9a28a50a9ae63460d&o= | Image |



Location:     https://q-xx.bstatic.com/xdata/images/hotel/max500/34261021.jpg?k=ab5f4eaf20a2aa7f4cde66419430770a7021114318189192bha8cbdd4d4c5668o=
Type:         JPEG Image
Size:         22.66 KB (23,206 bytes)
Dimensions:   500px × 332px (scaled to 359px × 241px)
Associated Text: Image #6

Select All          Save As...



🍎 Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

P Goa Hotels: 08/08 - 08/09 | P  ×  P The Leela Goa – Priceline.com  ×  +

https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pchid...

9/6/2020  10:43 PM

Page Info - https://www.priceline.com/relax/at/22677606/from/20200808/to/20200809/rooms/1?pchid=868EB50CC37B721DF53CF75584ADCBB10209571DCA812B2B02554EAA6A9E7F7F43B730F9...

General  Media  Permissions  Security

| Address | Type |
|---|---|
| data:image/svg+xml,%3Csvg%20xmlns%3D%22http%3A%2F%2Fwww.w3.org%2F2000%2Fsvg%22%20width%3D%22224px%22%20height%3D%22224px%22%20viewBox%3D%220%200%... | Image |
| https://pix6.agoda.net/hotelImages/437/43797/43797_16060407000043133259.jpg?s=1024x768 | Image |
| https://pix6.agoda.net/hotelImages/437/43797/43797_15083118440035453195.jpg?s=1024x768 | Image |
| https://pix6.agoda.net/hotelImages/43797/0/0e0cc392a4d5c2f58a026bf93c1a1bb.jpg?s=1024x768 | Image |

Location:  https://pix6.agoda.net/hotelImages/437/43797/43797_15083118440035453195.jpg?s=1024x768
Type:  JPEG Image
Size:  50.16 KB (51,359 bytes)
Dimensions:  1,024px × 768px (scaled to 1,112px × 524px)

Select All    Save As...



Firefox File Edit View History Bookmarks Tools Window Help 55% U.S. Sun 23 Jun 7:32 PM Lee Kar Yin

Southwest Airlines: Resort The

**23/6/2019 7:32 PM**

Southwest Airlines Co. (US) | https://www.southwesthotels.com/hotel/ 80%

**Southwest** In partnership with Booking.com

S$ Singaporean Dollar | English (US)

FLIGHT | HOTEL | CAR SPECIAL OFFERS RAPID REWARDS® MANAGE MY BOOKING

Home > USA > Florida > Miami Beach Hotels > The Setai, Miami Beach (Resort) (USA) Deals

Reserve

We Price Match

## Search

Destination/Property Name:

Miami Beach

Check-in Date

Sunday, July 7, 2019

Check-out Date

Monday, July 8, 2019

1-night stay

1 adult

No children 1 room

I'm traveling for work

Search

319 people are currently looking for a place in Miami Beach

Info & prices | Facilities | House Rules | Guest Reviews (125)

Resort **The Setai, Miami Beach** ★★★★★

Reserve

2001 Collins Avenue, Miami Beach, FL 33139, United States of America – Excellent location – show map

VA 1-432-331
setai127

Gallery image of this property

Service at The Setai, Miami Beach

Guests love

https://q-cf.bstatic.com/images/hotel/max400/770/77017125.jpg



Firefox File Edit View History Bookmarks Tools Window Help 55% U.S. Sun 23 Jun 7:32 PM Lee Kar Yin

23/6/2019 7:32 PM

Southwest Airlines: Resort The

Southwest Airlines Co. (US) | https://www.southwesthotels.com/hotel/ 80%

The Setai, Miami Beach Reserve now

Close

VA 1-432-331
setai127

39 / 43

https://q-cf.bstatic.com/images/hotel/max1024x768/770/77017125.jpg

**The Setai, Miami Beach**

★★★★★

9.0 **Wonderful**
125 reviews

9.4 **Excellent location!**

What guests loved the most:

"Sheets were like a dove's wing: soft and smooth. Zen like mood. Decor perfect and lux. Poolside elegance with impeccable service! Cocktails especially nice! Felt transported to Thailand or Singapore. "

Nondita United States of America

"The service is the best I have ever experienced. The hotel is beautiful, the location on Miami beach is perfect and the vibe is excellent"

Keith United States of America

"This place lives up to its 5 star rating. I would compare this hotel to luxury hotels you find in Asia. The service is top notch from the moment you enter. "

Divya United States of America

"Location great. We didn't have breakfast, no one mentioned it. I probably missed it in the writing on my reservation somewhere. Jaya

Firefox File Edit View History Bookmarks Tools Window Help

Sun 23 Jun 7:33 PM  Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b29z3d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General  Media  Permissions  Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96939c64591af902e1a9331fdb4838f1af594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee95a53d531ffa065e7a45d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/12264743B.jpg | Image |

Location: https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg

Type: JPEG Image

Size: 87,84 KB (89,946 bytes)

Dimensions: 1,280px × 852px (scaled to 969px × 645px)

Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:

Select All    Save As...

Firefox File Edit View History Bookmarks Tools Window Help
45% U.S. Wed 27 Jan 3:03 PM Lee Kar Yin
The Lalu, Sun Moon Lake, 2/22
27/1/2021 3:03 PM
https://www.momondo.com/hotel-search/The-Lalu,Sun-Moon-Lake,Nantou-City,Taiwan-c46
momondo
Flights
Stays
Car Rental
Packages
Explore
More
Trips
1 room, 2 guests
The Lalu, Sun Moon Lake – Nantou City, Taiwan
Mon 2/22
Tue 2/23
Search
Go to map
Sign in to unlock savings with Private Deals.
Log in
176 of 270 properties
Sorted by Recommended
Price Alerts
Track prices
Star class
0+ 2 3 4 5
Review score
0+ 6+ 7+ 8+ 9+
Price
The Lalu, Sun Moon Lake
9.0 Excellent
108 reviews
VA 1-432-324
lalu016
Call
+886 492 855 311
WHAT TRAVELERS HAD TO SAY...
"The views were truly amazing from every angle! (We were very lucky with the weather too...so the lake colours were spectacular.) Staf..." by Anonymous
Open to alternatives? We recommend these nearby hotels:
Nantou City – Hotels up to
hands-free help
with the Google Assistan
Compare vs. momondo
Booking.com
Compa
COMPARE ALL



